# EXHIBIT 7

*Philips Lighting North America Corporation and Philips Lighting Holding B.V.*
*v. Deco Enterprises, Inc. (d/b/a Deco Lighting)*

United States District Court, District of Massachusetts



POWER INPUT AND CONDITIONING



SECONDARY 5V POWER SUPPLY

