# EXHIBIT 9

*Philips Lighting North America Corporation and Philips Lighting Holding B.V.
v. Deco Enterprises, Inc. (d/b/a Deco Lighting)*

United States District Court, District of Massachusetts

# ZEUS-LED
## Architectural Lighting

| Job Information | |
|---|---|
| Type: | |
| Catalog #: | |
| Project: | |
| Comments: | |
| Prepared by: | |








9.188"

13.062"

## Application

**USES**
- Educational Facilities
- Walkways
- Parking Structures
- Office Facility interiors, exteriors, and common areas
- Single and multi-unit family dwellings
- High end residential

## Features

- **Injection Molded Lens** - one piece, 0.125" minimum thickness injection molded lens with radial prisms, to provide superior illumination. The outside of the lens is slightly textured to reduce the glare effect of the lit luminaire. Lenses are molded from UV-stabilized polycarbonate, in a clear, frost or trasnlucent white finish.
- **Injection Molded Guard** - one piece, 0.125" minimum thickness injection molded guard. Color is molded throughout the guard. Integral weep holes in the guard allow for drainage of moisture from the face of the assembled luminaire. Several design choices of guards are offered to choose from. Guards are molded from UV-stabilized Polycarbonate, in a choice of 4 colors.
- **Gasketing** - for the lens, extruded and spliced EPDM ribbed rubber gasketing is provided. For the housings, die cut EPDM foam rubber gasketing is provided, with adhesive backing on one side for affixing to luminaire housing.
- **Tamper Proof Screws** - TORXTM T-15 pin-in-head tamper proof stainless steel screws are provided for affixing of guard to die cast housing.
- **Reflector Plates** - 0.040" thick white aluminum reflector plates are provided for lamp and ballast mounting.
- **Exterior Color Options** - Choose from 4 standard color choices. Custom colored guards and housings are available, please contact the factory to discuss your requirements.ETL Listed.
- State of California Title 24
- Energy Star qulified
- CRI: 80+
- 10 Year Limited Warranty

## Ordering Information

Example: (ZEUS-LED-10-30-UNV-OV-VE-HID-FR-WH)

ZEUS-LED

| Series | Wattage | | Color Temp | | Voltage | | Guard Shape | | Guard Style | | Housing Depth | | Lens | | Color | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Architectural Lighting | 10 | 10W LED | 30 | 3000K | UNV | 120-277V | OV | Oval | VE | Vertical Eyelid[1] | FLHW | Mid-Height | CR | Clear Ribbed | BK | Black |
| | 20 | 20W LED | 35 | 3500K | | | RD | Round | HE | Horizontal Eyelid[1] | HID | Deep | FR | Frost Ribbed | BZ | Bronze |
| | 30 | 30W LED | 40 | 4000K | | | | | CS | Cross | | | WH | White Translucent | WH | White |
| | 40 | 40W LED | 50 | 5000K | | | | | O | Open | | | | | TI | Titanium |
| | 60 | 60W LED[3] | | | | | | | E | Eyelid[2] | | | | | CU | Custom |

[1] Oval only
[2] Round only
[3] Only available in Cross and Open Guard Style



Deco Lighting practices a program of continuous product development, and as a result product specifications change frequently. We reserve the right to change product specifications without notice. Contact Deco for the latest product information.

©2016 Deco Lighting, www.getdeco.com T: (800) 613-DECO F: (310) 366-6855
Rev Date: 12/30/16 #3

*Digitize your light.*



# ZEUS-LED
## Architectural Lighting

## Product Features










**1. Tamper Proof Fasteners -** TorxTM T-15 pin-in-head tamper proof stainless steel screws are supplied with all castings. An optional tool for screw installation and removal is available.

**2. extruded ePDM Rubber Lens Gasket -** Solid extruded and ribbed, to keep moisture, dirt, and insects from penetrating the interior of the completed fixture set. The gasket is supplied with all castings.

**3. ePDM Foam Rubber Casting Gasket -** Die cut foam gaskets provides a barrier and seal against moisture, dirt, and insects from penetrating the interior of the complete fixture set at the mounting surface. The gasket is supplied with adhesive applied on one side of the gasket for affixing positively to the casting. The gasket is supplied with all castings.

**4. Lens Retaining Clips and screws -** When installed, provides a means for the lens and outer guard of the fixture to be mechanically attached, providing a single lens/outer guard unit which eases installations and relamping procedures. The screws and clips are included with all castings, and are produced from stainless steel.

**5. Nylon Capture Washers -** When installed, provides a means for the tamper proof screws to remain captured in the outer guard and lens assembly, when the assembly is installed and removed from the cast housing. The washers are supplied with all castings.

**6. Weep Holes -** Allows rain and liquids coming in contact with the face of the fixture to drain out from the front of the fixture, and to reduce accumulation of dirt and moisture on the face of the installed fixture. The Round Guards, Oval Horizontal Eyelid Guard, and Oval Vertical Eyelid Guard have one weep hole; the Oval Open Guard and Oval Cross Guard have two weep holes, for utilization of the weep hole in a vertical or horizontal position of installation of the complete fixture.

**7. Level Bar and "Top" Indicator -** A small level bar is provided to aid in installation of the casting to the mounting surface, to ensure that the fixture housing in secured in a level position. This will allow the visual appearance of the outer guard to be level as well. A "Top" indicator is provided to aid installation personnel of the proper orientation of the casting. These features are provided only on round castings.

**8. Junction Box Pattern -** Allows the installer to temporarily secure and rotate the fixture housing, to ensure a properly leveled & positioned installation of the fixture. This pattern is in all castings.

**9. Wire strap Details -** When installing fixtures, this feature allows the OEM to provide wire strap down ties for electrical wires passing along an axis of entry from a conduit line into the fixture housing. This feature can provide a "neater" installation with less loose wiring in the fixture housing, in cases where the conduit entry points are used.

**10. Ribbed Injection Molded Lens -** 0.125" minimal thickness, internally ribbed injection molded polycarbonate lens. Polycarbonate resin is treated with UV inhibitors. Exterior of lens is slightly textured to reduce glare effect of the lit fixture.




Deco Lighting practices a program of continuous product development, and as a result product specifications change frequently. We reserve the right to change product specifications without notice. Contact Deco for the latest product information.

©2016 Deco Lighting, www.getdeco.com T: (800) 613-DECO F: (310) 366-6855
Rev Date: 12/30/16 #3



# ZEUS-LED
## Architectural Lighting

## Design Options

### ROUND


Cross Guard


Eyelid Guard


Open Guard

### OVAL


Cross Guard


Horizontal Eyelid Guard


Vertical Eyelid Guard


Open Guard

### HOUSING DEPTHS


FL HW (high wattage)


HID Deep

### EXTERIOR FINISHES

 White
 Black
 Bronze
 Titanium

### LENS FINISHES

 Clear Ribbed
 Frosted Ribbed
 Translucent White



Deco Lighting practices a program of continuous product development, and as a result product specifications change frequently. We reserve the right to change product specifications without notice. Contact Deco for the latest product information.

©2016 Deco Lighting, www.getdeco.com T: (800) 613-DECO F: (310) 366-6855
Rev Date: 12/30/16 #3

*Digitize your light.*



# ZEUS-LED
## Architectural Lighting

## Dimensions

**DIMENSIONS**


13.183" × 13.183"


13.062" × 9.188"


9.188" × 13.062"

**PROJECTIONS**

### Oval & Round Open Guards





FL HW-Non ADA Compliant          Deep-Non ADA Compliant

### Oval & Round Cross or Eyelid Guards





FL HW-Non ADA Compliant          Deep-Non ADA Compliant

| OVAL OPEN GUARD | | VAL CROSS OR EYELID GUARDS | | ROUND OPEN GUARD | | ROUND CROSS OR EYELID GUARDS | |
|---|---|---|---|---|---|---|---|
| FL HW | Deep | FL HW | Deep | FL HW | Deep | FL HW | Deep |
| 6.21" | 7.56" | 6.46" | 7.81" | 6.03" | 7.52" | 6.40" | 7.89" |



Deco Lighting practices a program of continuous product development, and as a result product specifications change frequently. We reserve the right to change product specifications without notice. Contact Deco for the latest product information.

©2016 Deco Lighting, www.getdeco.com T: (800) 613-DECO F: (310) 366-6855
Rev Date: 12/30/16 #3

Digitize your light.®