# EXHIBIT 18

*Philips Lighting North America Corporation and Philips Lighting Holding B.V.
v. Deco Enterprises, Inc. (d/b/a Deco Lighting)*

United States District Court, District of Massachusetts



**POWER INPUT AND CONDITIONING**



**POWER MONITORING AND FEEDBACK**



**MAIN POWER CONVERSION CIRCUIT**