# EXHIBIT 19

*Philips Lighting North America Corporation and Philips Lighting Holding B.V.*
*v. Deco Enterprises, Inc. (d/b/a Deco Lighting)*

United States District Court, District of Massachusetts



# DSW-LED
## Surface Wraparound

   

**Job Information**

| | |
|---|---|
| Type: | |
| Catalog #: | |
| Project: | |
| Comments: | |
| Prepared by: | |





### Description

The DSW series wraparound features economy and energy efficient performance. The luminaires characteristic, clean, low-profile design is both appealing and practically functional. This unit utilizes a clear, low brightness, extruded acrylic refractor and a heavy gauge steel end plate with embossed light seal for dependable performance and good looks. The DSW wraparound is perfect for commercial spaces, school dormitories, offices and retail areas.

### Ordering Information

Example: (DSW-LED-4-N-35-40-UNV-EM)

**DSW-LED** — — — — — — —

| Series | Length | | Body Type | | Wattage/Lumen | | Color Temp. | | Voltage | | Option | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Surface Wraparound | 2 | 2' | N | Narrow | 22 | 22W/2890[1,2] | 30 | 3000K | UNV | 120-277V | DM | Dimming (0-10V) |
| | 4 | 4' | W | Wide[4] | 35 | 35W/3780[2,3] | 35 | 3500K | 120 | 120V | CSC | Control Scope Connected |
| | | | | | 45 | 45W/5058[2,3] | 40 | 4000K | 277 | 277V | EM | Emergency |
| | | | | | 60 | 60W/6744[2] | 50 | 5000K | | | | |

[1] 2' available in 22W only
[2] Delivered Lumens (5000K) - See lumen chart on Page 2
[3] DLC-Listed Wattage, View DLC matrix on Page 2 for breakdown of models that are currently listed.
[4] Wide body not available for 2-foot model.




Deco Lighting practices a program of continuous product development, and as a result product specifications change frequently. We reserve the right to change product specifications without notice. Contact Deco for the latest product information.

©2016 Deco Lighting, www.getdeco.com T: (800) 613-DECO F: (310) 366-6855
Rev Date: 2/14/17 #3





# DSL-LED
## Sign Lighter

## Features

- Die formed heavy gauge steel with side flanges for extra uniformity and rigidity.
- Ballast cover snaps into housing to cover ballast and wires.
- Socket plates slide on for easy wiring.
- Fixture ends are die-formed for rigidity.
- Post painted powder coated white finish.
- Diffuser is designed for one-piece .125" thick prismatic lenses.
- Snap on diffusers for easy servicing and hinge from either side.
- May be surface or stem mounted, individually or in continuous rows.
- UL listed for damp locations.
- DLC Listed for utility rebates (Please see matrix below).

## DLC Listing

|        | Narrow        ||
|        | 4'-35W | 4'-45W |
|--------|--------|--------|
| 3000K  |        |        |
| 3500K  | X      | X      |
| 4000K  | X      | X      |
| 5000K  | X      | X      |

## Lumen Output

| Lumen Chart ||||||
|-----------|---------|-------|-------|-------|-------|
| Body Type | Wattage | 5000K | 4000K | 3500K | 3000K |
| Narrow    | 22      | 2890  | 2791  | 2735  | 2598  |
|           | 35      | 3780  | 3402  | 3232  | 3070  |
|           | 45      | 5058  | 4894  | 4809  | 4569  |
|           | 60      | 6744  | 6070  | 5766  | 5478  |
| Wide      | 22      | 2668  | 2584  | 2539  | 2412  |
|           | 35      | 3640  | 3276  | 3112  | 2957  |
|           | 45      | 4640  | 4494  | 4416  | 4195  |
|           | 60      | 6187  | 5568  | 5290  | 5025  |

*Lumen outputs are based on 5000K performance data and then scaled down to the other temperatures.



Deco Lighting practices a program of continuous product development, and as a result product specifications change frequently. We reserve the right to change product specifications without notice. Contact Deco for the latest product information.

©2016 Deco Lighting, www.getdeco.com T: (800) 613-DECO F: (310) 366-6855
Rev Date: 2/14/17 #3

