# EXHIBIT 26

*Philips Lighting North America Corporation and Philips Lighting Holding B.V.
v. Deco Enterprises, Inc. (d/b/a Deco Lighting)*

United States District Court, District of Massachusetts

# D404-LED
## Large Wall Pack

### Job Information

| | |
|---|---|
| Type: | |
| Catalog #: | |
| Project: | |
| Comments: | |
| Prepared by: | |

   

 

9"  12¾"  18⅛"

## Description

The D404-LED large low profile wall pack offers reliable performance with a wide range of uses. It delivers the lighting needed for the exteriors of retail buildings, businesses, walkways, underpasses or door entrances.

## Ordering Information

Example: (D404-LED-100-40-UNV-BL-FC)

D404-LED - ☐ - ☐ - ☐ - ☐ - ☐

| Series | Wattage/Lumen | | Color Temp. | | Voltage | | Finish | | Option | |
|---|---|---|---|---|---|---|---|---|---|---|
| Medium Curved Semi-Cutoff Wall Pack | **20** | 20W/2030[3,5] | **30** | 3000K[5] | **UNV** | 120-277V | **BZ** | Bronze[1] | **PC** | Photocell |
| | **40\*** | 40W/4060[3,5] | **35** | 3500K[5] | **347** | 347V | **BL** | Black | **WSF** | Wired Single Fuse[6] |
| | **60\*** | 60W/6090[3] | **40** | 4000K | **480** | 480V | **WH** | White | **WDF** | Wired Double Fuse[6] |
| | **80** | 80W/8120[3,5] | **50** | 5000K[4,5] | | (Step-Down Transformer used for 480V Divider) | **CU** | Custom[2] | **WG** | Wire Guard |
| | **100** | 100W/10925[3,5] | | | | | | | **MS** | Motion Sensor w/Dimming (FSP-211) |
| | **120** | 120W/13110[3,5] | | | | | | | **FC** | Full Cutoff Visor (Dark Sky Compliant)[5] |
| | | | | | | | | | **SC** | Side Cutoff |
| | | | | | | | | | **VR** | Polycarbonate Vandal Resistant Guard |
| | | | | | | | | | **EM** | Emergency Battery[7] Secondary source battery pack (-4°F min operating temp) |

\*40W and 60W are Select-A-Watt models, factory set at those wattages when shipped. Contact us at cs@getdeco.com for information on selectable wattages

[1] Standard finish color
[2] Contact factory for custom finish
[3] Delivered Lumens (5000K)
[4] Standard Color Temp.
[5] DLC Listed Wattage - View DLC matrix on Page 4 for list of all variants currently listed.
[6] Please specify voltage (eg. 120V)
[7] EM option only available on packages 80W and below



Deco Lighting practices a program of continuous product development, and as a result product specifications change frequently. We reserve the right to change product specifications without notice. Contact Deco for the latest product information.

©2017 Deco Lighting, www.getdeco.com T: (800) 613-DECO F: (310) 366-6855
Rev Date: 4/3/17 #5

*Digitize your light.*

# D404-LED
## Large Wall Pack

## Features

- Heavy duty two piece, die-cast aluminum housing with a textured bronze UV resistant finish over a chromate conversion coating.
- Specular anodized aluminum reflector.
- Silicone gasketing provides protection against moisture.
- Mounts directly to 3.5" octagon or 4" square outlet box.
- .5" NPS tapped holes provided in three locations for surface conduit entry or optional photo control.
- Clear prismatic borosilicate glass refractor is thermal and shock resistant.
- Integral cast-in aluminum hinges permit complete removal of lens frame assembly without tools.
- Front housing is hinged for easy relamping and is complete with silicone gasket seal.
- DLC-listed for utility rebates (View DLC matrix on Page 4 for more info)
- Dark Sky compliant when ordered at 3000K with Full Cutoff Visor

## Photometric Data

To see complete photometric reports or download ies files for this product visit the Deco Lighting D404-LED homepage. Tested in accordance with IESNA LM-79 and LM-80 standards.



- 0.1fc
- 0.5fc
- 1fc
- 5fc
- 50% Max Cd
- Distance in units of mount height (20ft)

## Delivered Light Output & Equivalency Chart

### HID to LED Replacement

| DELIVERED LUMENS | HID | LED Replacement |
|---|---|---|
| 1300lm | 50W | 10W |
| 2600lm | 70W | 20W |
| 3900lm | 100W | 30W |
| 5200lm | 150W | 40W |
| 7800lm | 175W | 60W |
| 11700lm | 250W | 80W |
| 15600lm | 400W | 120W |
| 26000lm | 750W | 200W |
| 31200lm | 1000W | 240W |

Interested in upgrading from HID to LED lighting? Use the conversion table below to get a general idea of what wattage LED fixture will replace your current lighting system. Lumen output and overall performance will vary by fixture, so please contact our factory or your nearest sales rep regarding specific questions on what wattage will best suit your desired space and application.

## Performance Data

| | |
|---|---|
| CRI: | 80+ |
| CCT: | 3000K, 3500K, 4000K, 5000K |
| Warranty: | 10 yr. Limited Warranty |
| Dimming: | Available with 0-10V inputs dimming down to 10% |
| Operating Temperature: | -30° to +60°C Max Ambient |
| L70 Rating: | 100,000+ Hours |
| IP Rating: | IP55 |
| Driver Current: | 700mA |
| Sound Rating: | Class A (inaudible in a 24dB ambient environment) |
| Power Factor: | >0.95 |
| Total Harmonic Distortion: | <20% |



Deco Lighting practices a program of continuous product development, and as a result product specifications change frequently. We reserve the right to change product specifications without notice. Contact Deco for the latest product information.

©2017 Deco Lighting, www.getdeco.com T: (800) 613-DECO F: (310) 366-6855
Rev Date: 4/3/17 #5

*Digitize your light.*

# D404-LED
## Large Wall Pack

## Lumen Output

| Lumen Chart | | | | |
|---|---|---|---|---|
| Wattage | 5000K | 4000K | 3500K | 3000K |
| 20 | 2030 | 1827 | 1736 | 1562.09 |
| 40 | 4060 | 3654 | 3471 | 3124 |
| 60 | 6090 | 5481 | 5207 | 4686 |
| 80 | 8120 | 7308 | 6943 | 6248 |
| 100 | 10925 | 9832.5 | 9341 | 8407 |
| 120 | 13110 | 11799 | 11209 | 10088 |

*Lumen outputs are based on 5000K lumen data and then scaled down to other color temperatures

## Motion Sensor with Dimming

### FSP-211

The FSP-211 mounts in an outdoor lighting fixture and provides multi-level control based on motion. The sensor also includes a photocell to measure the ambient light level. It controls 0-10 VDC LED drivers or dimming ballasts, as well as non-dimming ballasts and with an SFP-LX Lens, is rated for wet and cold locations. All control parameters are adjustable via a wireless configuration tool capable of storing and transmitting sensor profiles.

Key Factors:
- Full adjustable high and low dimmed light levels.
- Designed for LED fixtures; rated for extreme temperatures and up to 200,000 on/off cycles
- Hold off set point with automatic calibration option for convenience and added energy savings
- Adjustable via hand-held wireless configuration tool
- IP66 rated with choice of lenses for wet and outdoor locations and mounting heights from 8'
- Adjustable time delay and cut off delay

## Coverage & Dimensions

The FS-Lx lenses work with FSP-211 motion sensors to provide multi-level lighting control based on motion and the ambient light level. Four lens choices provide flexibility for varying mounting heights.

### FSP-L2

360º lens, maximum coverage 48' diameter from 8' height

### FSP-L4

360º lens, maximum coverage 60' diameter from 40' height

### FSP-L3

360º lens, maximum coverage 40' diameter from 20' height

### FSP-L7

360º lens, maximum coverage 100' diameter from 40' height



Deco Lighting practices a program of continuous product development, and as a result product specifications change frequently. We reserve the right to change product specifications without notice. Contact Deco for the latest product information.

©2017 Deco Lighting, www.getdeco.com T: (800) 613-DECO F: (310) 366-6855
Rev Date: 4/3/17 #5



**D404-LED**
*Large Wall Pack*

## Options & Accessories

| Prismatic Glass Lens | Full Cutoff *Required for DLC & Dark Sky Compliance* | Side Cutoff |
|---|---|---|
|  |  |  |
| **Polycarbonate Lens Guard** | **Wire Guard** |  |

## DLC Listing

|  | 20W | 40W | 60W | 80W | 100W | 120W |
|---|---|---|---|---|---|---|
| 3000K | X | X |  | X | X | X |
| 3500K |  |  |  |  |  |  |
| 4000K | X | X |  | X | X | X |
| 5000K | X | X |  | X | X | X |



Deco Lighting practices a program of continuous product development, and as a result product specifications change frequently. We reserve the right to change product specifications without notice. Contact Deco for the latest product information.

©2017 Deco Lighting, www.getdeco.com T: (800) 613-DECO F: (310) 366-6855
Rev Date: 4/3/17 #5

*Digitize your light.*