# **EXHIBIT 6**

# LUCERA
**Lucera Series**

    

| Job Information | |
|---|---|
| Type: | |
| Catalog #: | |
| Project: | |
| Comments: | |
| Prepared by: | |



2-feet: 26.69" (L) x 2.36" (W) x 3.43"(H)
4-feet: 50.35" (L) x 2.36" (W) x 3.43"(H)



### Description

DECO Surface Mounted Lighting fixtures are perfect replacements for 2' and 4' T8 fluorescent fixtures. The Lucera series come with optional battery backup power, ensuring minimum of 90 minutes lighting during power failure. The Lucera series comes with dual motion sensors standard, comsuming only 30% of energy in absence of human traffic to provide further operational savings. The Lucera includes a unique standalone occupancy sensor system for energy savings without the need of an additional 0-10V control system. This unique stairwell LED series is ideal for stairwells, utility rooms and other areas where maximum light levels are not required on a constant basis.

### Ordering Information

Example: (LUCERA-26-40-UNV-MS2-EM)



LUCERA

| Series | Wattage/Lumen | | Color Temp. | | Voltage | | Sensor | | Option | |
|---|---|---|---|---|---|---|---|---|---|---|
| Lucera Series | 13 | 13W/1597[2] | 40 | 4000K[1] | UNV | 120-277V | MS2 | Dual Motion Sensors | EM | Emergency |
| | 26 | 26W/3259[1] | 50 | 5000K[1] | | | | | RC | Remote Control |

[1] DLC Listed
[2] 2ft Only
[3] Delivered Lumens (4000K)



Deco Lighting practices a program of continuous product development, and as a result product specifications change frequently. We reserve the right to change product specifications without notice. Contact Deco for the latest product information.

©2016 Deco Lighting, www.getdeco.com T: (800) 613-DECO F: (310) 366-6855
Rev Date: 9/16/16 #1

*Digitize your light.*



# LUCERA
## Lucera Series

## Features

- The Lucera is a unique bi-level LED luminaire controlled by 2 external infrared motion sensors, designed to provide safe, dependable illumination while conserving energy. Suitable for surface or chain mounting.
- Bi-level fixtures operate at 30% standby light level, offering safety and security with full light output instantly upon occupancy with areas fully lit only as needed.
- DLC Listed (26W in 4000K and 5000K)
- Meets ADA requirements for wall mounting.
- Ships complete with hardware including junction box adapter plate, v-hooks and chain for convenient mounting.
- Operates at 8.6W standby mode and 26W upon occupancy (4' Version). 4.3W standby mode and 13W upon occupancy (2' Version).
- PLEASE SEE PAGE 3 FOR SENSOR INFORMATION.

## Photometric Data




## Performance Data

| | |
|---|---|
| CRI: | 80+ |
| CCT: | 4000K, 5000K |
| Warranty: | 10 yr. Limited Warranty |
| Dimming: | Standalone dimming down to 10% |
| Operating Temperature: | -20° - +40°C Ambient |
| Sound Rating: | Class A (inaudible in a 24dB ambient environment) |
| L70 Rating: | 100,000+ Hours |

## Lumen Chart

| Model | System Watts | 5000K | 4000K |
|---|---|---|---|
| 2' 13W (LUCERA-13) | 12.9 | 1645 | 1597 |
| 4' 26W (LUCERA-26) | 27.3 | 3357 | 3259 |




Deco Lighting practices a program of continuous product development, and as a result product specifications change frequently. We reserve the right to change product specifications without notice. Contact Deco for the latest product information.

©2016 Deco Lighting, www.getdeco.com T: (800) 613-DECO F: (310) 366-6855
Rev Date: 9/16/16 #1



# LUCERA
## Lucera Series

### Mounting Plate



*Standard with Lucera

### Sensor

- 360º/26' detection zone (when mounted at a height of 8'-10').
- Highly sensitive infrared sensors feature a detection angle of 140º and are field adjustable for optimal detection ceverage.
- Time delay is factory preset to 5 minutes and is field adjustable to optional settings of 5, 10 or 30 seconds and 1, 5 or 15 minutes using optional remote control.
- Motion sensor range may be set to 20', 30' or 40' using optional remote control.

### Remote Control



FACTORY SETTING-Press this button to set the unit to default

5 SECS-Press this button to set the LED on duration time to 5 seconds

10 SECS-Press this button to set the LED on duration time to 10 seconds

10 SECS-Press this button to set the LED on duration time to 10 seconds

15 MIN-Press this button to set the LED on duration time to 15 minutes

1 MIN-Press this button to set the LED on duration time to 1 minute

5 MIN-Press this button to set the LED on duration time to 5 minutes

6 METERS-Press this button to set the sensor detection zone to less than 20ft.

12 METERS-Press this button to set the sensor detection zone to less than 40ft.

9 METERS-Press this button to set the sensor detection zone to less than 30ft.



Deco Lighting practices a program of continuous product development, and as a result product specifications change frequently. We reserve the right to change product specifications without notice. Contact Deco for the latest product information.

©2016 Deco Lighting, www.getdeco.com T: (800) 613-DECO F: (310) 366-6855
Rev Date: 9/16/16 #1

*Digitize your light.®*