# **<u>EXHIBIT 7</u>**



POWER INPUT AND CONDITIONING



SECONDARY 5V POWER SUPPLY

