# **EXHIBIT 10**





**MAIN POWER CONVERSION CIRCUIT**



**POWER MONITORING AND FEEDBACK**