# **EXHIBIT 12**

