# **<u>EXHIBIT 14</u>**



