# **EXHIBIT 17**

# DLED-ARFK4
## 4" Architectural LED Retrofit Kit

**Job Information**

| | |
|---|---|
| Type: | |
| Catalog #: | |
| Project: | |
| Comments: | |
| Prepared by: | |










6-1/4" (158mm)   4-3/8" (111mm)   4-7/8" (124.4mm)

Ceiling Cut-out: 5"



Optional: Easy-quick connector case (patent pending)

### Description

Architectural grade LED Recessed Downlight Retrofit Trim Module with Clear Cone. Designed for use with existing 4" Architectural Incandescent, Fluorescent and Metal Halide Housing. Also, compatible with most 4" architectural housings measuring at least 4-7/8" high with an inside diameter between 4-1/2" and 5". Provided in high efficacy LED with integral dimmable driver and the optical diffusion produces high lumen transmission and even illumination. Suitable for Damp location.

### Ordering Information

Example: (DLED-ARFK4-14A-40-DLEDT-R422-UNV-DM)

**DLED-ARFK4** — ___ — ___ — ___ — ___ — ___ — ___

| Series | Wattage/Lumens | | Color Temp. | | Trim | Voltage | | Options | |
|---|---|---|---|---|---|---|---|---|---|
| 4" Architectural LED Retrofit Kit | 14A | 14W/950 | 30 | 3000K | See page 2 | UNV | 120-277V[1] | DM | Dimmable[2] |
| | 23 | 23W/1740 | 35 | 3500K | | | | ECQ | Easy-Quick Connector case |
| | | | 40 | 4000K | | | | EM | Emergency |

[1] Triac 120V low voltage electronic dimmer switches
[2] 0-10V dimmer switches



Deco Lighting practices a program of continuous product development, and as a result product specifications change frequently. We reserve the right to change product specifications without notice. Contact Deco for the latest product information.

©2016 Deco Lighting, www.getdeco.com T: (800) 613-DECO F: (310) 366-6855
Rev Date: 8/03/16 #1

*Digitize your light.*



# DLED-ARFK4
## 4" Architectural LED Retrofit Kit

## Features

- **Mounting Frame**
  20-gauge CRS mounting ring, black-painted. 1-5/8" deep collar may use for various thickness of ceiling materials.
- **LED module & Trim**
  Aluminum extruded Heat sink designed to facilitate heat dissipation to reduce LED junction temperature for maintaining constant light output, color and life of solid state components.
  Module construction includes LED, heat sink and lens.
  Heavy gauge aluminum reflector anodized in clear, haze, gold, champagne and pewter color finish. Reflectors may provide with black and white milled groove baffle collar.
- **Junction Box**
  Listed for through branch circuit wiring. (Max.8 No 12 AWG 90ºC branch circuit conductors. (4 in, 4 out) (5)1/2" knockouts with true pry-out slots and (4) knockouts with Romex cable clamp.
  Ground wire provided on J-box.
- **Mounting Channel Bracket**
  Commercial mounting kit provided up to 5" vertical adjustment, which accommodates 1/2" EMT conduit, optional HB-24 or HBC-24 bar hanger or lathing channels for T-bar grid or concealed spline ceiling.
- **Electrical**
  120~277V input high efficacy drivers with the capability to dim by [1]a Triac 120V low voltage electronic dimmer switches, or [2]by 0-10V dimmer switches.
  Driver feature power factor >.90, THD <20% and has integral thermal protection to sense over temperature or internal failure.
  Driver mounts externally to the module, allowing future replacement, if needed.
  Consult with factory for optional 0~10V analog dimmable driver.
- **Options**
  Emergency battery back-up: Available in mounted to fixture or remote adjacent to luminaire (consult with factory for exact application).
- **Warranty**
  50,000hrs of lamp life.
- **Listing**
  ETL Listed. CA Title 24.

## Photometry

### 14W

Polar Candela Distribution

| Illuminance at a Distance | | |
|---|---|---|
| | Center Beam FC | Beam Width |
| 2.0ft | 147.3 fc | 2.7 ft |
| 4.0ft | 36.8 fc | 5.3 ft |
| 6.0ft | 16.4 fc | 8.0 ft |
| 8.0ft | 9.2 fc | 10.6 ft |
| 10.0ft | 5.9 fc | 13.3 ft |
| 12.0ft | 4.1 fc | 16.0 ft |

Beam Spread: 66°

### 23W

Polar Candela Distribution

| Illuminance at a Distance | | |
|---|---|---|
| | Center Beam FC | Beam Width |
| 2.0ft | 228.7 fc | 2.7 ft |
| 4.0ft | 57.2 fc | 5.3 ft |
| 6.0ft | 25.4 fc | 8.0 ft |
| 8.0ft | 14.3 fc | 10.6 ft |
| 10.0ft | 9.2 fc | 13.3 ft |
| 12.0ft | 6.4 fc | 16.0 ft |

Beam Spread: 66°

## Trims

| DLEDT-R44<br>Specular Open Reflector | DLEDT-R414<br>Baffle w/ Reflector | DLEDT-R441<br>Baffle w/ Regressed Lens |
|---|---|---|
|  | | |

| DLEDT-R422<br>Reflector w/ Regressed Lens | DLEDT-R436<br>Wall Wash w/ Kick-Off Plate | DLEDT-R440<br>Reflector w/ Frosted Floating Lens |
|---|---|---|
|  |  | |

All trims are rated for damp location and regressed lens trims are wet location listed.



Deco Lighting practices a program of continuous product development, and as a result product specifications change frequently. We reserve the right to change product specifications without notice. Contact Deco for the latest product information.

©2016 Deco Lighting, www.getdeco.com T: (800) 613-DECO F: (310) 366-6855
Rev Date: 8/03/16 #1





# DLED-ARFK4
## 4" Architectural LED Retrofit Kit

### MacAdam Ellipse

A MacAdam ellipse is a region on a chromaticity diagram which contains all colors which are indistinguishable, to the average human eye, from the color at the center of the ellipse. This measure helps to establish the variability in color a light source can exhibit before a general observer will notice the shift in color. Each standard deviation out from the target center is referred to as a MacAdam step, with ANSI recommending that lamp manufacturers stay within a "4-step" ellipse. This 4-step MacAdam minimum requirement means that lamp manufacturers are given a great deal of allowance regarding the perceptible differences in color properties of their fixtures versus what they advertise.



Deco Lighting uses only the finest LEDs made by Nichia, the world's largest LED manufacturer. The Nichia LED is considered the Rolls Royce of LEDs. Featuring a 3-step MacAdam ellipse, the tightest binning in the industry, Nichia LEDs are held to a higher standard than minimum industry requirement and don't color-shift like fixtures utilizing lower quality LEDs.

| sw27f | | sw30f | | sw35f | | sw40f | | sw45f | |
|---|---|---|---|---|---|---|---|---|---|
| x | y | x | y | x | y | x | y | x | y |
| 0.4478 | 0.3999 | 0.4244 | 0.3923 | 0.3989 | 0.3819 | 0.3746 | 0.3687 | 0.3565 | 0.3576 |
| 0.4576 | 0.4183 | 0.4325 | 0.4101 | 0.4045 | 0.3975 | 0.3783 | 0.3836 | 0.3585 | 0.3706 |
| 0.4698 | 0.4212 | 0.4452 | 0.4146 | 0.4452 | 0.4044 | 0.3909 | 0.3906 | 0.3675 | 0.3769 |
| 0.4591 | 0.4025 | 0.4362 | 0.3965 | 0.4362 | 0.3875 | 0.3864 | 0.3757 | 0.3646 | 0.3627 |



Deco Lighting practices a program of continuous product development, and as a result product specifications change frequently. We reserve the right to change product specifications without notice. Contact Deco for the latest product information.

©2016 Deco Lighting, www.getdeco.com T: (800) 613-DECO F: (310) 366-6855
Rev Date: 8/03/16 #1

