# **EXHIBIT 18**



**POWER INPUT AND CONDITIONING**



**POWER MONITORING AND FEEDBACK**

