# **EXHIBIT 20**



