# **<u>EXHIBIT 22</u>**



**Thomas Research Products**

*SSL Solutions Faster Than The Speed Of Light* ®

Elgin, IL  60123  USA
+1 847-515-3057   www.TRPSSL.com

Rev E1.1

**25W Constant-Current Dimmable LED Driver**
**LED25W-36-C0700-D**

HG

Input Voltage: 90–305 VAC 50/60 Hz
Input Current: 0.35A max
Output Current: 700 mA
Output Voltage: 12–36 VDC
Output Power: 25.0 W max

Made in China

Data Sheet

UL & CSA Class 2
Suitable for use in
Dry & Damp Locations

c ®UL US
E332160

CE FC
RoHS IP66

Input
Line – Black
Neut – White

Dim (+) - Purple
Dim (-) - Gray

Output
+ Red
– Blue