# **EXHIBIT 23**





