# **<u>EXHIBIT 24</u>**

