# **<u>EXHIBIT 25</u>**

