# **EXHIBIT 27**

