# **<u>EXHIBIT 29</u>**

