# **<u>EXHIBIT 31</u>**



**Philips Electronics North America**

345 Scarborough Rd , Briarcliff Manor, NY  10510

**Intellectual Property & Standards**

Direct Dial: (914) 333-9622
e-mail: michael.fuerch@philips.com

**VIA FEDEX**

Sam Sinai
Deco Lighting
2917 Vail Ave.
Commerce, CA 90040

RE: Deco Lighting's LED Products                    Date:  October 18, 2013

Dear Mr. Sinai:

As an attorney with the Philips Intellectual Property & Standards organization, I am responsible for patent licensing activities relating to solid-state lighting (SSL).  As you may know, Philips is a leader in the development and commercialization of LED-based lighting systems.

Philips is committed to protecting the patented technologies that it has developed and, accordingly, invests a significant amount of resources in preparing and filing patent applications and enforcing its issued patents.  As you may be aware, Philips has developed an SSL licensing program that allows other lighting companies, such as yourself, to obtain a license to our SSL patents at reasonable royalty rates.  More information about our SSL patent portfolio and licensing program can be found at www.ip.philips.com/licensing/ssl.

We have reason to believe that some of Deco Lighting's LED-based products, for example, your dimmable luminaires, utilize several of Philips' patented technologies.  Therefore, I would appreciate the opportunity to speak with you about your LED-based products and the Philips SSL patent portfolio and licensing program.

Please contact me at your earliest convenience so that we can discuss this matter further.  I look forward to hearing from you soon.

Sincerely,

Michael Fuerch, Esq.
Intellectual Property Counsel

| | |
|---|---|
| **From:** | Fuerch, Michael <Michael.Fuerch@philips.com> |
| **Sent:** | Monday, October 21, 2013 4:11 PM |
| **To:** | 'sam@getdeco.com' |
| **Subject:** | Philips SSL Licensing |
| **Attachments:** | Philips LED Luminaire Licensing Program Outline.pdf; US7352138.pdf; US7262559B2.pdf; US7038399B2.pdf; US6013988A.pdf; US6250774B1.pdf |

Dear Sam,

It was a pleasure speaking with you today. As you requested, an overview of our licensing program is attached, including examples of some of the relevant technologies covered in the Philips patent portfolio. I'd be happy to discuss in more detail with you once you've had a chance to review.

Examples of a few of Deco's products that we believe are using Philips' technology include at least the D404-LED large wallpack, DLED-6-RET 6-inch downlight, and the D515-LED low bay garage light. Relevant patents include, for example, U.S. Patent Nos. 7,352,138; 7,262,559; 7,038,399; and 6,013,988. In addition, the MR16 and PAR LEDTRO retrofit lamps also utilize the optical technologies covered by at least U.S. Patent No. 6,250,774. Copies of these patents are attached.

As I mentioned, we currently have over 300 licensees, many of which are listed at the following website: http://www.ip.philips.com/licensing/program/100/led-based-luminaires-and-retrofit-bulbs/licensee_overview. Please let me know if you have any questions, and I look forward to speaking with you again soon.

Best,

Michael Fuerch
Intellectual Property Counsel

Philips Intellectual Property & Standards
Courier/visiting address: 345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Mail address: P.O. Box 3001, Briarcliff Manor, NY 10510-8001 USA
Phone: (914) 333-9622
Fax: (914) 333-9692
Mobile: (914) 336-1683
e-mail: michael.fuerch@philips.com

**From:**       Fuerch, Michael <Michael.Fuerch@philips.com>
**Sent:**       Friday, February 14, 2014 12:03 PM
**To:**         'sam@getdeco.com'
**Subject:**    RE: Philips SSL Licensing

Hi Sam,

It has been a few months since we spoke on the phone, and I have not yet heard anything back from anyone at your company regarding the patent infringement matter that we discussed briefly. Just wanted to check in with you to see when I should expect to hear back. Thanks again.

Best,

**Michael Fuerch**
Senior IP Counsel
Philips Intellectual Property & Standards

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com

**From:** Fuerch, Michael
**Sent:** Monday, October 21, 2013 4:11 PM
**To:** 'sam@getdeco.com'
**Subject:** Philips SSL Licensing

Dear Sam,

It was a pleasure speaking with you today. As you requested, an overview of our licensing program is attached, including examples of some of the relevant technologies covered in the Philips patent portfolio. I'd be happy to discuss in more detail with you once you've had a chance to review.

Examples of a few of Deco's products that we believe are using Philips' technology include at least the D404-LED large wallpack, DLED-6-RET 6-inch downlight, and the D515-LED low bay garage light. Relevant patents include, for example, U.S. Patent Nos. 7,352,138; 7,262,559; 7,038,399; and 6,013,988. In addition, the MR16 and PAR LEDTRO retrofit lamps also utilize the optical technologies covered by at least U.S. Patent No. 6,250,774. Copies of these patents are attached.

As I mentioned, we currently have over 300 licensees, many of which are listed at the following website: http://www.ip.philips.com/licensing/program/100/led-based-luminaires-and-retrofit-bulbs/licensee_overview. Please let me know if you have any questions, and I look forward to speaking with you again soon.

Best,

Michael Fuerch
Intellectual Property Counsel

Philips Intellectual Property & Standards
Courier/visiting address: 345 Scarborough Road, Briarcliff Manor, NY 10510 USA

Mail address: P.O. Box 3001, Briarcliff Manor, NY 10510-8001 USA
Phone: (914) 333-9622
Fax: (914) 333-9692
Mobile: (914) 336-1683
e-mail: michael.fuerch@philips.com

| | |
|---|---|
| **From:** | Fuerch, Michael <Michael.Fuerch@philips.com> |
| **Sent:** | Thursday, May 15, 2014 10:29 AM |
| **To:** | 'sam@getdeco.com' |
| **Subject:** | RE: Philips SSL Licensing |

Hi Sam,

I'm concerned that I have heard nothing back from anyone at Deco regarding this matter. Please let me know what the status is on your end so that we can begin working towards an amicable resolution.

Best,

**Michael Fuerch**
Senior IP Counsel
Philips Intellectual Property & Standards

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com

**From:** Fuerch, Michael
**Sent:** Friday, February 14, 2014 12:03 PM
**To:** 'sam@getdeco.com'
**Subject:** RE: Philips SSL Licensing

Hi Sam,

It has been a few months since we spoke on the phone, and I have not yet heard anything back from anyone at your company regarding the patent infringement matter that we discussed briefly. Just wanted to check in with you to see when I should expect to hear back. Thanks again.

Best,

**Michael Fuerch**
Senior IP Counsel
Philips Intellectual Property & Standards

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com

**From:** Fuerch, Michael
**Sent:** Monday, October 21, 2013 4:11 PM
**To:** 'sam@getdeco.com'
**Subject:** Philips SSL Licensing

Dear Sam,

1

It was a pleasure speaking with you today. As you requested, an overview of our licensing program is attached, including examples of some of the relevant technologies covered in the Philips patent portfolio. I'd be happy to discuss in more detail with you once you've had a chance to review.

Examples of a few of Deco's products that we believe are using Philips' technology include at least the D404-LED large wallpack, DLED-6-RET 6-inch downlight, and the D515-LED low bay garage light. Relevant patents include, for example, U.S. Patent Nos. 7,352,138; 7,262,559; 7,038,399; and 6,013,988. In addition, the MR16 and PAR LEDTRO retrofit lamps also utilize the optical technologies covered by at least U.S. Patent No. 6,250,774. Copies of these patents are attached.

As I mentioned, we currently have over 300 licensees, many of which are listed at the following website: http://www.ip.philips.com/licensing/program/100/led-based-luminaires-and-retrofit-bulbs/licensee_overview. Please let me know if you have any questions, and I look forward to speaking with you again soon.

Best,

Michael Fuerch
Intellectual Property Counsel

Philips Intellectual Property & Standards
Courier/visiting address: 345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Mail address: P.O. Box 3001, Briarcliff Manor, NY 10510-8001 USA
Phone: (914) 333-9622
Fax: (914) 333-9692
Mobile: (914) 336-1683
e-mail: michael.fuerch@philips.com

**From:** Fuerch, Michael <Michael.Fuerch@philips.com>
**Sent:** Thursday, May 15, 2014 3:23 PM
**To:** 'Sam Sinai'
**Subject:** RE: Philips SSL Licensing

Hi Sam,

Thanks for your response. I'm glad to hear that you are using Philips drivers in your products. Do all of your products now use Philips drivers, or just some of them? Please note that while the use of Philips drivers may entitle you to a royalty-free license for many of your products going forward, we still have to deal with all past use of Philips' IP. In that regard, I'd be happy to work with you on ensuring that Deco receives the patent license it needs for past sales of those products.

Do you have any availability for a quick telephone call tomorrow morning to discuss next steps? If so, please let me know what time would work well for you.

Best,

**Michael Fuerch**
Senior IP Counsel
Philips Intellectual Property & Standards

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com

**From:** Sam Sinai [mailto:sam@getdeco.com]
**Sent:** Thursday, May 15, 2014 10:57 AM
**To:** Fuerch, Michael
**Subject:** Re: Philips SSL Licensing

We are now using Philips drivers. Thanks

**Sam Sinai**



## 2917 S Vail Ave | Commerce, CA 90040

**T 310-366-6866 Ext 206| F 310-366-6855**

Sam@getdeco.com | www.getdeco.com

Click Here to download our 2014 Deco Digital LED Lighting Guide!

Follow us on! 

On May 15, 2014, at 7:28 AM, "Fuerch, Michael" <Michael.Fuerch@philips.com> wrote:

Hi Sam,

I'm concerned that I have heard nothing back from anyone at Deco regarding this matter. Please let me know what the status is on your end so that we can begin working towards an amicable resolution.

Best,

**Michael Fuerch**
Senior IP Counsel
Philips Intellectual Property & Standards

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com

**From:** Fuerch, Michael
**Sent:** Friday, February 14, 2014 12:03 PM
**To:** 'sam@getdeco.com'
**Subject:** RE: Philips SSL Licensing

Hi Sam,

It has been a few months since we spoke on the phone, and I have not yet heard anything back from anyone at your company regarding the patent infringement matter that we discussed briefly. Just wanted to check in with you to see when I should expect to hear back. Thanks again.

Best,

**Michael Fuerch**
Senior IP Counsel
Philips Intellectual Property & Standards

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com

**From:** Fuerch, Michael
**Sent:** Monday, October 21, 2013 4:11 PM
**To:** 'sam@getdeco.com'
**Subject:** Philips SSL Licensing

Dear Sam,

It was a pleasure speaking with you today. As you requested, an overview of our licensing program is attached, including examples of some of the relevant technologies covered in the Philips patent portfolio. I'd be happy to discuss in more detail with you once you've had a chance to review.

Examples of a few of Deco's products that we believe are using Philips' technology include at least the D404-LED large wallpack, DLED-6-RET 6-inch downlight, and the D515-LED low bay garage light. Relevant patents include, for example, U.S. Patent Nos. 7,352,138; 7,262,559; 7,038,399; and 6,013,988. In addition, the MR16 and PAR LEDTRO retrofit lamps also utilize the optical technologies covered by at least U.S. Patent No. 6,250,774. Copies of these patents are attached.

As I mentioned, we currently have over 300 licensees, many of which are listed at the following website: http://www.ip.philips.com/licensing/program/100/led-based-luminaires-and-retrofit-bulbs/licensee_overview. Please let me know if you have any questions, and I look forward to speaking with you again soon.

Best,

Michael Fuerch
Intellectual Property Counsel

Philips Intellectual Property & Standards
Courier/visiting address: 345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Mail address: P.O. Box 3001, Briarcliff Manor, NY 10510-8001 USA
Phone: (914) 333-9622
Fax: (914) 333-9692
Mobile: (914) 336-1683
e-mail: michael.fuerch@philips.com

The information contained in this message may be confidential and legally protected under applicable law. The message is intended solely for the addressee(s). If you are not the intended recipient, you are hereby notified that any use, forwarding, dissemination, or reproduction of this message is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.

| | |
|---|---|
| **From:** | Fuerch, Michael <Michael.Fuerch@philips.com> |
| **Sent:** | Thursday, May 22, 2014 9:56 AM |
| **To:** | 'Sam Sinai' |
| **Subject:** | RE: Philips SSL Licensing |

Hi Sam,

Perhaps we could plan a brief meeting on June 4 at Lightfair to discuss? I would certainly like to get this resolved soon.

Best,

**Michael Fuerch**
Senior IP Counsel
Philips Intellectual Property & Standards

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com

**From:** Fuerch, Michael
**Sent:** Thursday, May 15, 2014 3:23 PM
**To:** 'Sam Sinai'
**Subject:** RE: Philips SSL Licensing

Hi Sam,

Thanks for your response. I'm glad to hear that you are using Philips drivers in your products. Do all of your products now use Philips drivers, or just some of them? Please note that while the use of Philips drivers may entitle you to a royalty-free license for many of your products going forward, we still have to deal with all past use of Philips' IP. In that regard, I'd be happy to work with you on ensuring that Deco receives the patent license it needs for past sales of those products.

Do you have any availability for a quick telephone call tomorrow morning to discuss next steps? If so, please let me know what time would work well for you.

Best,

**Michael Fuerch**
Senior IP Counsel
Philips Intellectual Property & Standards

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com

**From:** Sam Sinai [mailto:sam@getdeco.com]
**Sent:** Thursday, May 15, 2014 10:57 AM

**To:** Fuerch, Michael
**Subject:** Re: Philips SSL Licensing

We are now using Philips drivers. Thanks

**Sam Sinai**



## 2917 S Vail Ave | Commerce, CA 90040

**T** 310-366-6866 **Ext 206| F** 310-366-6855

Sam@getdeco.com | www.getdeco.com



Click Here to download our 2014 Deco Digital LED Lighting Guide!

Follow us on! 

On May 15, 2014, at 7:28 AM, "Fuerch, Michael" <Michael.Fuerch@philips.com> wrote:

Hi Sam,

I'm concerned that I have heard nothing back from anyone at Deco regarding this matter. Please let me know what the status is on your end so that we can begin working towards an amicable resolution.

Best,

**Michael Fuerch**
Senior IP Counsel
Philips Intellectual Property & Standards

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com

**From:** Fuerch, Michael
**Sent:** Friday, February 14, 2014 12:03 PM

**To:** 'sam@getdeco.com'
**Subject:** RE: Philips SSL Licensing

Hi Sam,

It has been a few months since we spoke on the phone, and I have not yet heard anything back from anyone at your company regarding the patent infringement matter that we discussed briefly. Just wanted to check in with you to see when I should expect to hear back. Thanks again.

Best,

Michael Fuerch
Senior IP Counsel
Philips Intellectual Property & Standards

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com

**From:** Fuerch, Michael
**Sent:** Monday, October 21, 2013 4:11 PM
**To:** 'sam@getdeco.com'
**Subject:** Philips SSL Licensing

Dear Sam,

It was a pleasure speaking with you today. As you requested, an overview of our licensing program is attached, including examples of some of the relevant technologies covered in the Philips patent portfolio. I'd be happy to discuss in more detail with you once you've had a chance to review.

Examples of a few of Deco's products that we believe are using Philips' technology include at least the D404-LED large wallpack, DLED-6-RET 6-inch downlight, and the D515-LED low bay garage light. Relevant patents include, for example, U.S. Patent Nos. 7,352,138; 7,262,559; 7,038,399; and 6,013,988. In addition, the MR16 and PAR LEDTRO retrofit lamps also utilize the optical technologies covered by at least U.S. Patent No. 6,250,774. Copies of these patents are attached.

As I mentioned, we currently have over 300 licensees, many of which are listed at the following website: http://www.ip.philips.com/licensing/program/100/led-based-luminaires-and-retrofit-bulbs/licensee_overview. Please let me know if you have any questions, and I look forward to speaking with you again soon.

Best,

Michael Fuerch
Intellectual Property Counsel

Philips Intellectual Property & Standards
Courier/visiting address: 345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Mail address: P.O. Box 3001, Briarcliff Manor, NY 10510-8001 USA
Phone: (914) 333-9622
Fax: (914) 333-9692
Mobile: (914) 336-1683
e-mail: michael.fuerch@philips.com

The information contained in this message may be confidential and legally protected under applicable law. The message is intended solely for the addressee(s). If you are not the intended recipient, you are hereby notified that any use, forwarding, dissemination, or reproduction of this message is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.

**From:**              Fuerch, Michael <Michael.Fuerch@philips.com>
**Sent:**              Monday, May 04, 2015 2:25 PM
**To:**                'Sam Sinai'
**Subject:**           RE: Philips SSL Licensing

Hi Sam,

I just saw the news that you are introducing a Zigbee-enabled luminaire, and it reminded me that I needed to reach out to you, since we never resolved the outstanding infringement issues. I'd certainly prefer to avoid litigation and the associated costs. Do you have some time to meet so that we can make progress on this matter?

Best,

**Michael Fuerch**
Senior IP Counsel
Philips Intellectual Property & Standards

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com

**From:** Fuerch, Michael
**Sent:** Thursday, May 22, 2014 9:56 AM
**To:** 'Sam Sinai'
**Subject:** RE: Philips SSL Licensing

Hi Sam,

Perhaps we could plan a brief meeting on June 4 at Lightfair to discuss? I would certainly like to get this resolved soon.

Best,

**Michael Fuerch**
Senior IP Counsel
Philips Intellectual Property & Standards

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com

**From:** Fuerch, Michael
**Sent:** Thursday, May 15, 2014 3:23 PM
**To:** 'Sam Sinai'
**Subject:** RE: Philips SSL Licensing

Hi Sam,

Thanks for your response. I'm glad to hear that you are using Philips drivers in your products. Do all of your products now use Philips drivers, or just some of them? Please note that while the use of Philips drivers may entitle you to a royalty-free license for many of your products going forward, we still have to deal with all past use of Philips' IP. In that regard, I'd be happy to work with you on ensuring that Deco receives the patent license it needs for past sales of those products.

Do you have any availability for a quick telephone call tomorrow morning to discuss next steps? If so, please let me know what time would work well for you.

Best,

**Michael Fuerch**
Senior IP Counsel
Philips Intellectual Property & Standards

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com

**From:** Sam Sinai [mailto:sam@getdeco.com]
**Sent:** Thursday, May 15, 2014 10:57 AM
**To:** Fuerch, Michael
**Subject:** Re: Philips SSL Licensing

We are now using Philips drivers. Thanks

**Sam Sinai**



## 2917 S Vail Ave | Commerce, CA 90040

**T** 310-366-6866 **Ext 206| F** 310-366-6855

Sam@getdeco.com | www.getdeco.com



Click Here to download our 2014 Deco Digital LED Lighting Guide!

Follow us on!

On May 15, 2014, at 7:28 AM, "Fuerch, Michael" <Michael.Fuerch@philips.com> wrote:

Hi Sam,

I'm concerned that I have heard nothing back from anyone at Deco regarding this matter. Please let me know what the status is on your end so that we can begin working towards an amicable resolution.

Best,

**Michael Fuerch**
Senior IP Counsel
Philips Intellectual Property & Standards

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com

**From:** Fuerch, Michael
**Sent:** Friday, February 14, 2014 12:03 PM
**To:** 'sam@getdeco.com'
**Subject:** RE: Philips SSL Licensing

Hi Sam,

It has been a few months since we spoke on the phone, and I have not yet heard anything back from anyone at your company regarding the patent infringement matter that we discussed briefly. Just wanted to check in with you to see when I should expect to hear back. Thanks again.

Best,

**Michael Fuerch**
Senior IP Counsel
Philips Intellectual Property & Standards

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com

**From:** Fuerch, Michael
**Sent:** Monday, October 21, 2013 4:11 PM
**To:** 'sam@getdeco.com'
**Subject:** Philips SSL Licensing

Dear Sam,

It was a pleasure speaking with you today. As you requested, an overview of our licensing program is attached, including examples of some of the relevant technologies covered in the Philips patent portfolio. I'd be happy to discuss in more detail with you once you've had a chance to review.

Examples of a few of Deco's products that we believe are using Philips' technology include at least the D404-LED large wallpack, DLED-6-RET 6-inch downlight, and the D515-LED low bay garage light. Relevant patents include, for example, U.S. Patent Nos. 7,352,138; 7,262,559; 7,038,399; and 6,013,988. In addition, the MR16 and PAR LEDTRO retrofit lamps also utilize the optical technologies covered by at least U.S. Patent No. 6,250,774. Copies of these patents are attached.

As I mentioned, we currently have over 300 licensees, many of which are listed at the following website: http://www.ip.philips.com/licensing/program/100/led-based-luminaires-and-retrofit-bulbs/licensee_overview. Please let me know if you have any questions, and I look forward to speaking with you again soon.

Best,

Michael Fuerch
Intellectual Property Counsel

Philips Intellectual Property & Standards
Courier/visiting address: 345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Mail address: P.O. Box 3001, Briarcliff Manor, NY 10510-8001 USA
Phone: (914) 333-9622
Fax: (914) 333-9692
Mobile: (914) 336-1683
e-mail: michael.fuerch@philips.com

The information contained in this message may be confidential and legally protected under applicable law. The message is intended solely for the addressee(s). If you are not the intended recipient, you are hereby notified that any use, forwarding, dissemination, or reproduction of this message is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.

**From:** Fuerch, Michael <Michael.Fuerch@philips.com>
**Sent:** Wednesday, April 06, 2016 4:41 PM
**To:** 'Sam Sinai'
**Subject:** RE: Philips SSL Licensing

Sam,

I still have not heard back from you regarding the patent infringement matter below. As you may be aware, U.S. patent law provides patent-owners remedies for patent infringement, including possible tripling of damages in cases where infringement has been willful, i.e., when an infringer persists in acts of infringement despite knowledge and disregard of another's patent rights. While I am hopeful that is not the situation here, Philips Lighting cannot ignore the willful infringement of its intellectual property.

In case your silence was merely an inadvertent oversight, I wanted to reach out to you prior to any potential escalation of this matter. We now have over 600 licensees as a part of the Philips Lighting SSL licensing program, and I am hopeful that we can find a way to reach an amicable resolution with Deco Lighting. If there is someone else that I should be in touch with regarding this matter, please let me know so that we can make some progress. I look forward to hearing from you soon.

Best,

**Michael Fuerch**
Senior IP Counsel
Philips Lighting Intellectual Property

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com



**From:** Fuerch, Michael
**Sent:** Monday, May 04, 2015 2:25 PM
**To:** Sam Sinai
**Subject:** RE: Philips SSL Licensing

Hi Sam,

I just saw the news that you are introducing a Zigbee-enabled luminaire, and it reminded me that I needed to reach out to you, since we never resolved the outstanding infringement issues. I'd certainly prefer to avoid litigation and the associated costs. Do you have some time to meet so that we can make progress on this matter?

Best,

**Michael Fuerch**
Senior IP Counsel
Philips Intellectual Property & Standards

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com

**From:** Fuerch, Michael
**Sent:** Thursday, May 22, 2014 9:56 AM
**To:** 'Sam Sinai'
**Subject:** RE: Philips SSL Licensing

Hi Sam,

Perhaps we could plan a brief meeting on June 4 at Lightfair to discuss? I would certainly like to get this resolved soon.

Best,

**Michael Fuerch**
Senior IP Counsel
Philips Intellectual Property & Standards

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com

**From:** Fuerch, Michael
**Sent:** Thursday, May 15, 2014 3:23 PM
**To:** 'Sam Sinai'
**Subject:** RE: Philips SSL Licensing

Hi Sam,

Thanks for your response. I'm glad to hear that you are using Philips drivers in your products. Do all of your products now use Philips drivers, or just some of them? Please note that while the use of Philips drivers may entitle you to a royalty-free license for many of your products going forward, we still have to deal with all past use of Philips' IP. In that regard, I'd be happy to work with you on ensuring that Deco receives the patent license it needs for past sales of those products.

Do you have any availability for a quick telephone call tomorrow morning to discuss next steps? If so, please let me know what time would work well for you.

Best,

**Michael Fuerch**
Senior IP Counsel
Philips Intellectual Property & Standards

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com

**From:** Sam Sinai [mailto:sam@getdeco.com]
**Sent:** Thursday, May 15, 2014 10:57 AM
**To:** Fuerch, Michael
**Subject:** Re: Philips SSL Licensing

We are now using Philips drivers. Thanks

**Sam Sinai**



**2917 S Vail Ave | Commerce, CA 90040**

**T 310-366-6866 Ext 206| F 310-366-6855**

Sam@getdeco.com | www.getdeco.com



Click Here to download our 2014 Deco Digital LED Lighting Guide!

Follow us on! 

On May 15, 2014, at 7:28 AM, "Fuerch, Michael" <Michael.Fuerch@philips.com> wrote:

Hi Sam,

I'm concerned that I have heard nothing back from anyone at Deco regarding this matter. Please let me know what the status is on your end so that we can begin working towards an amicable resolution.

Best,

**Michael Fuerch**
Senior IP Counsel
Philips Intellectual Property & Standards

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com

3

**From:** Fuerch, Michael
**Sent:** Friday, February 14, 2014 12:03 PM
**To:** 'sam@getdeco.com'
**Subject:** RE: Philips SSL Licensing

Hi Sam,

It has been a few months since we spoke on the phone, and I have not yet heard anything back from anyone at your company regarding the patent infringement matter that we discussed briefly. Just wanted to check in with you to see when I should expect to hear back. Thanks again.

Best,

**Michael Fuerch**
Senior IP Counsel
Philips Intellectual Property & Standards

345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Phone: (914) 333-9622, Mobile: (914) 336-1683, Fax: (914) 333-9692
E-mail: michael.fuerch@philips.com

**From:** Fuerch, Michael
**Sent:** Monday, October 21, 2013 4:11 PM
**To:** 'sam@getdeco.com'
**Subject:** Philips SSL Licensing

Dear Sam,

It was a pleasure speaking with you today. As you requested, an overview of our licensing program is attached, including examples of some of the relevant technologies covered in the Philips patent portfolio. I'd be happy to discuss in more detail with you once you've had a chance to review.

Examples of a few of Deco's products that we believe are using Philips' technology include at least the D404-LED large wallpack, DLED-6-RET 6-inch downlight, and the D515-LED low bay garage light. Relevant patents include, for example, U.S. Patent Nos. 7,352,138; 7,262,559; 7,038,399; and 6,013,988. In addition, the MR16 and PAR LEDTRO retrofit lamps also utilize the optical technologies covered by at least U.S. Patent No. 6,250,774. Copies of these patents are attached.

As I mentioned, we currently have over 300 licensees, many of which are listed at the following website: http://www.ip.philips.com/licensing/program/100/led-based-luminaires-and-retrofit-bulbs/licensee_overview. Please let me know if you have any questions, and I look forward to speaking with you again soon.

Best,

Michael Fuerch
Intellectual Property Counsel

Philips Intellectual Property & Standards
Courier/visiting address: 345 Scarborough Road, Briarcliff Manor, NY 10510 USA
Mail address: P.O. Box 3001, Briarcliff Manor, NY 10510-8001 USA
Phone: (914) 333-9622

Fax: (914) 333-9692
Mobile: (914) 336-1683
e-mail: michael.fuerch@philips.com

The information contained in this message may be confidential and legally protected under applicable law. The message is intended solely for the addressee(s). If you are not the intended recipient, you are hereby notified that any use, forwarding, dissemination, or reproduction of this message is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.