NICOLE M. SMITH (CA SBN 189598)
NSmith@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Suite 6000
Los Angeles, CA 90017-3543
Phone:  213.892-5200
Facsimile:  213.892-5454

KYLE W.K. MOONEY (admitted *pro hac vice*)
KMooney@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

Attorneys for Defendant
DECO ENTERPRISES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PHILIPS LIGHTING NORTH AMERICA CORPORATION and PHILIPS LIGHTING HOLDING B.V., | Case No. 2:17-cv-04995-R-AGR |
| | Action Filed:     April 12, 2017 |
| Plaintiffs and Counterclaim-Defendants, | |
| | Hon. Manuel L. Real |
| v. | **AMENDED ANSWER TO AMENDED COMPLAINT AND AMENDED COUNTERCLAIMS** |
| DECO ENTERPRISES, INC. (d/b/a DECO LIGHTING), | **DEMAND FOR JURY TRIAL** |
| Defendant and Counterclaim-Plaintiff. | |
| AND AMENDED COUNTERCLAIMS | |

## AMENDED ANSWER TO AMENDED COMPLAINT

Deco Enterprises, Inc. (d/b/a Deco Lighting) ("Deco") responds to the Amended Complaint filed by Plaintiffs Philips Lighting North America Corporation and Philips Lighting Holding B.V. (collectively, "Philips Lighting") as follows:

**1.** Deco denies the allegations of Paragraph 1, except admits that Philips Lighting asserts claims for alleged patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, including 35 U.S.C. § 271, and seeks remedies specified under 35 U.S.C. §§ 281 and 283-285, and that this Court has subject matter jurisdiction.  Deco denies that it infringes any valid patent claims or that Philips Lighting is entitled to any relief in this action.

**2.** Deco lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 2 and on that basis denies them.

**3.** Deco lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 3 and on that basis denies them.

**4.** Deco admits the allegations of Paragraph 4.

**5.** Deco denies that it infringes any valid patent claim but Deco otherwise admits the allegations of Paragraph 5.

**6.** Deco denies the allegations of Paragraph 6, except admits that it has made, used, sold, offered for sale in the United States, and/or imported into the United States, lighting products incorporating light-emitting diodes ("LEDs"), that its products are available in California, and refers to its website for the contents thereof.

**7.** Deco denies the allegations of Paragraph 7, except admits that the Court has jurisdiction over it for purposes of this action.

**8.** Deco admits that venue is proper in this District.

**9.** Deco lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 9 and on that basis denies them.

1   **10.**   Deco lacks knowledge or information sufficient to form a belief as to

2   the truth of the allegations of Paragraph 10 and on that basis denies them.

3   **11.**   Deco denies the allegations of Paragraph 11, except admits that U.S.

4   Patent 6,094,014 ("the '014 Patent") on its face is entitled "Circuit Arrangement,

5   and Signaling Light Provided with the Circuit Arrangement," and has a date of

6   issue of July 25, 2000.  Deco lacks knowledge or information sufficient to form a

7   belief as to the truth of the allegations in the second sentence of Paragraph 11 and

8   on that basis denies them.

9   **12.**   Deco denies the allegations of Paragraph 12, except admits that U.S.

10   Patent 6,586,890 ("the '890 Patent") on its face is entitled "Led Driver Circuit with

11   PWM Output," and has a date of issue of July 1, 2003.  Deco lacks knowledge or

12   information sufficient to form a belief as to the truth of the allegations in the second

13   sentence of Paragraph 12 and on that basis denies them.

14   **13.**   Deco denies the allegations of Paragraph 13, except admits that U.S.

15   Patent 7,038,399 ("the '399 Patent") on its face is entitled "Methods and Apparatus

16   for Providing Power to Lighting Devices," and has a date of issue of May 2, 2006.

17   Deco lacks knowledge or information sufficient to form a belief as to the truth of

18   the allegations in the second sentence of Paragraph 13 and on that basis denies

19   them.

20   **14.**   Deco denies the allegations of Paragraph 14, except admits that U.S.

21   Patent 7,262,559 ("the '559 Patent") on its face is entitled "LED Drivers," and has a

22   date of issue of August 28, 2007.  Deco lacks knowledge or information sufficient

23   to form a belief as to the truth of the allegations in the second sentence of

24   Paragraph 14 and on that basis denies them.

25   **15.**   Deco denies the allegations of Paragraph 15, except admits that U.S.

26   Patent 8,070,328 ("the '328 Patent") on its face is entitled "LED Downlight," and

27   has a date of issue of July 25, 2000.  Deco lacks knowledge or information

28

sufficient to form a belief as to the truth of the allegations in the second sentence of Paragraph 15 and on that basis denies them.

**16.** Deco admits the allegations of Paragraph 16.

**17.** Deco admits the allegations of Paragraph 17 and refers to its website and the available specifications thereon for their contents.

**18.** Deco lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 18 and on that basis denies them.

**19.** Deco admits the allegations of Paragraph 19.

**20.** Deco denies the allegations of Paragraph 20, except admits that the image from Exhibit 9 appears to show a Zeus product.

**21.** Deco lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 21 and on that basis denies them.

**22.** Deco admits the allegations of Paragraph 22.

**23.** Deco admits the allegations of Paragraph 23 and refers to Exhibit 13 for its contents.

**24.** Deco lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 24 and on that basis denies them.

**25.** Deco admits the allegations of Paragraph 25.

**26.** Deco admits the allegations of Paragraph 26 and refers to its website and the available specifications thereon for their contents.

**27.** Deco lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 27 and on that basis denies them.

**28.** Deco admits the allegations of Paragraph 28.

**29.** Deco admits the allegations of Paragraph 29 and refers to its website and the available specifications thereon for their contents.

**30.** Deco lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 30 and on that basis denies them.

**31.** Deco admits the allegations of Paragraph 31.

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

**32.**     Deco lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 32 and on that basis denies them.

**33.**     Deco lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 33 and on that basis denies them.

**34.**     Deco admits the allegations of Paragraph 34.

**35.**     Deco admits the allegations of Paragraph 35 and refers to its website and the available specifications thereon for their contents.

**36.**     Deco lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 36 and on that basis denies them.

**37.**     Deco lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 37 and on that basis denies them.

**38.**     Deco admits the allegations of Paragraph 38.

**39.**     Deco admits the allegations of Paragraph 39 and refers to its website and the available specifications thereon for their contents.

**40.**     Deco lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 40 and on that basis denies them.

**41.**     Deco incorporates by reference herein its answers to Paragraphs 1-40 as if fully set forth herein.

**42.**     Deco denies the allegations of Paragraph 42.

**43.**     Deco admits the allegations of Paragraph 43.

**44.**     Deco denies the allegations of Paragraph 44.

**45.**     Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 45 and on that basis denies them, except Deco admits that Philips Lighting alleges that "[t]he individual components cited below refer to Exhibit 10 unless stated otherwise."  Deco further states that it does not infringe any valid claim of the '014 Patent that Philips Lighting has asserted against it in this action.

**46.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 46 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '014 Patent that Philips Lighting has asserted against it in this action.

**47.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 47 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '014 Patent that Philips Lighting has asserted against it in this action.

**48.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 48 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '014 Patent that Philips Lighting has asserted against it in this action.

**49.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 49 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '014 Patent that Philips Lighting has asserted against it in this action.

**50.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 50 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '014 Patent that Philips Lighting has asserted against it in this action.

**51.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 51 and on that basis denies them, except Deco

admits that Philips Lighting alleges that "[t]he individual components of the Cloud products cited below refer to Exhibit 14 unless stated otherwise." Deco further states that it does not infringe any valid claim of the '014 Patent that Philips Lighting has asserted against it in this action.

52.    Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 52 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '014 Patent that Philips Lighting has asserted against it in this action.

53.    Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 53 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '014 Patent that Philips Lighting has asserted against it in this action.

54.    Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 54 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '014 Patent that Philips Lighting has asserted against it in this action.

55.    Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 55 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '014 Patent that Philips Lighting has asserted against it in this action.

56.    Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 56 and on that basis denies them. Deco further

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

1    states that it does not infringe any valid claim of the '014 Patent that Philips
2    Lighting has asserted against it in this action.

3        57.    Deco states that the recited claim language has not yet been construed
4    and that it lacks knowledge or information sufficient to form a belief as to the truth
5    of the allegations of Paragraph 57 and on that basis denies them, except Deco
6    admits that Philips Lighting alleges that "[t]he individual components of the DECO
7    DSW-LED products cited below refer to Exhibit 20 unless stated otherwise."  Deco
8    further states that it does not infringe any valid claim of the '014 Patent that Philips
9    Lighting has asserted against it in this action.

10       58.    Deco states that the recited claim language has not yet been construed
11   and that it lacks knowledge or information sufficient to form a belief as to the truth
12   of the allegations of Paragraph 58 and on that basis denies them.  Deco further
13   states that it does not infringe any valid claim of the '014 Patent that Philips
14   Lighting has asserted against it in this action.

15       59.    Deco states that the recited claim language has not yet been construed
16   and that it lacks knowledge or information sufficient to form a belief as to the truth
17   of the allegations of Paragraph 59 and on that basis denies them.  Deco further
18   states that it does not infringe any valid claim of the '014 Patent that Philips
19   Lighting has asserted against it in this action.

20       60.    Deco states that the recited claim language has not yet been construed
21   and that it lacks knowledge or information sufficient to form a belief as to the truth
22   of the allegations of Paragraph 60 and on that basis denies them.  Deco further
23   states that it does not infringe any valid claim of the '014 Patent that Philips
24   Lighting has asserted against it in this action.

25       61.    Deco states that the recited claim language has not yet been construed
26   and that it lacks knowledge or information sufficient to form a belief as to the truth
27   of the allegations of Paragraph 61 and on that basis denies them.  Deco further

28

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

1    states that it does not infringe any valid claim of the '014 Patent that Philips

2    Lighting has asserted against it in this action.

3        **62.**    Deco states that the recited claim language has not yet been construed

4    and that it lacks knowledge or information sufficient to form a belief as to the truth

5    of the allegations of Paragraph 62 and on that basis denies them.  Deco further

6    states that it does not infringe any valid claim of the '014 Patent that Philips

7    Lighting has asserted against it in this action.

8        **63.**    Deco states that the recited claim language has not yet been construed

9    and that it lacks knowledge or information sufficient to form a belief as to the truth

10   of the allegations of Paragraph 63 and on that basis denies them, except Deco

11   admits that Philips Lighting alleges that "[t]he individual components of 211-LED

12   products cited below refer to Exhibit 14 unless states otherwise."  Deco further

13   states that it does not infringe any valid claim of the '014 Patent that Philips

14   Lighting has asserted against it in this action.

15       **64.**    Deco states that the recited claim language has not yet been construed

16   and that it lacks knowledge or information sufficient to form a belief as to the truth

17   of the allegations of Paragraph 64 and on that basis denies them.  Deco further

18   states that it does not infringe any valid claim of the '014 Patent that Philips

19   Lighting has asserted against it in this action.

20       **65.**    Deco states that the recited claim language has not yet been construed

21   and that it lacks knowledge or information sufficient to form a belief as to the truth

22   of the allegations of Paragraph 65 and on that basis denies them.  Deco further

23   states that it does not infringe any valid claim of the '014 Patent that Philips

24   Lighting has asserted against it in this action.

25       **66.**    Deco states that the recited claim language has not yet been construed

26   and that it lacks knowledge or information sufficient to form a belief as to the truth

27   of the allegations of Paragraph 66 and on that basis denies them.  Deco further

28

1    states that it does not infringe any valid claim of the '014 Patent that Philips

2    Lighting has asserted against it in this action.

3        **67.**    Deco states that the recited claim language has not yet been construed

4    and that it lacks knowledge or information sufficient to form a belief as to the truth

5    of the allegations of Paragraph 67 and on that basis denies them.  Deco further

6    states that it does not infringe any valid claim of the '014 Patent that Philips

7    Lighting has asserted against it in this action.

8        **68.**    Deco states that the recited claim language has not yet been construed

9    and that it lacks knowledge or information sufficient to form a belief as to the truth

10   of the allegations of Paragraph 68 and on that basis denies them.  Deco further

11   states that it does not infringe any valid claim of the '014 Patent that Philips

12   Lighting has asserted against it in this action.

13       **69.**    Deco states that the recited claim language has not yet been construed

14   and that it lacks knowledge or information sufficient to form a belief as to the truth

15   of the allegations of Paragraph 69 and on that basis denies them, except Deco

16   admits that Philips Lighting alleges that "[t]he individual components cited below

17   refer to Exhibit 14 unless stated otherwise."  Deco further states that it does not

18   infringe any valid claim of the '014 Patent that Philips Lighting has asserted against

19   it in this action.

20       **70.**    Deco states that the recited claim language has not yet been construed

21   and that it lacks knowledge or information sufficient to form a belief as to the truth

22   of the allegations of Paragraph 70 and on that basis denies them.  Deco further

23   states that it does not infringe any valid claim of the '014 Patent that Philips

24   Lighting has asserted against it in this action.

25       **71.**    Deco states that the recited claim language has not yet been construed

26   and that it lacks knowledge or information sufficient to form a belief as to the truth

27   of the allegations of Paragraph 71 and on that basis denies them.  Deco further

28

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

states that it does not infringe any valid claim of the '014 Patent that Philips Lighting has asserted against it in this action.

72.    Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 72 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '014 Patent that Philips Lighting has asserted against it in this action.

73.    Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 73 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '014 Patent that Philips Lighting has asserted against it in this action.

74.    Deco denies the allegations of Paragraph 74.

75.    Deco denies the allegations of Paragraph 75.

76.    Deco denies the allegations of Paragraph 76.

77.    Deco denies the allegations of Paragraph 77, except admits that Deco was aware of the '014 Patent as early as the service of the Amended Complaint.

78.    Deco incorporates by reference herein its answers to Paragraphs 1-77 as if fully set forth herein.

79.    Deco denies the allegations of Paragraph 79.

80.    Deco admits the allegations of Paragraph 80.

81.    Deco denies the allegations of Paragraph 81.

82.    Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 82 and on that basis denies them, except Deco admits that Philips Lighting alleges that "[t]he individual components cited below refer to Exhibit 7 unless stated otherwise."  Deco further states that it does not

1   infringe any valid claim of the '890 Patent that Philips Lighting has asserted against

2   it in this action.

3        **83.**     Deco states that the recited claim language has not yet been construed

4   and that it lacks knowledge or information sufficient to form a belief as to the truth

5   of the allegations of Paragraph 83 and on that basis denies them.  Deco further

6   states that it does not infringe any valid claim of the '890 Patent that Philips

7   Lighting has asserted against it in this action.

8        **84.**     Deco states that the recited claim language has not yet been construed

9   and that it lacks knowledge or information sufficient to form a belief as to the truth

10  of the allegations of Paragraph 84 and on that basis denies them.  Deco further

11  states that it does not infringe any valid claim of the '890 Patent that Philips

12  Lighting has asserted against it in this action.

13       **85.**     Deco states that the recited claim language has not yet been construed

14  and that it lacks knowledge or information sufficient to form a belief as to the truth

15  of the allegations of Paragraph 85 and on that basis denies them.  Deco further

16  states that it does not infringe any valid claim of the '890 Patent that Philips

17  Lighting has asserted against it in this action.

18       **86.**     Deco states that the recited claim language has not yet been construed

19  and that it lacks knowledge or information sufficient to form a belief as to the truth

20  of the allegations of Paragraph 86 and on that basis denies them.  Deco further

21  states that it does not infringe any valid claim of the '890 Patent that Philips

22  Lighting has asserted against it in this action.

23       **87.**     Deco states that the recited claim language has not yet been construed

24  and that it lacks knowledge or information sufficient to form a belief as to the truth

25  of the allegations of Paragraph 87 and on that basis denies them.  Deco further

26  states that it does not infringe any valid claim of the '890 Patent that Philips

27  Lighting has asserted against it in this action.

28

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

**88.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 88 and on that basis denies them, except Deco admits that Philips Lighting alleges that "[t]he individual components cited below refer to Exhibit 10 unless states otherwise."  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**89.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 89 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**90.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 90 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**91.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 91 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**92.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 92 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

1
2
3
4
5

**93.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 93 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

6
7
8
9
10
11
12

**94.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 94 and on that basis denies them, except Deco admits that Philips Lighting alleges that "[t]he individual components cited below refer to Exhibit 18 unless stated otherwise." Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

13
14
15
16
17

**95.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 95 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

18
19
20
21
22

**96.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 96 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

23
24
25
26
27

**97.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 97 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

28

98.     Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 98 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

99.     Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 99 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

100.    Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 100 and on that basis denies them, except admits that Philips Lighting alleges that "[t]he individual components cited below refer to Exhibit 20 unless stated otherwise."  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

101.    Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 101 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

102.    Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 102 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**103.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 103 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**104.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 104 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**105.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 105 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**106.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 106 and on that basis denies them, except admits that Philips Lighting alleges that "[t]he individual components cited below refer to Exhibit 27 unless states otherwise."  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**107.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 107 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

**108.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 108 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**109.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 109 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**110.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 110 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**111.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 111 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**112.**   Deco admits the allegations of Paragraph 112.

**113.**   Deco denies the allegations of Paragraph 113.

**114.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 114 and on that basis denies them, except Deco admits that Philips Lighting alleges that "[t]he individual components cited below refer to Exhibit 7 unless stated otherwise."  Deco further states that it does not

1    infringe any valid claim of the '890 Patent that Philips Lighting has asserted against

2    it in this action.

3        **115.**   Deco states that the recited claim language has not yet been construed

4    and that it lacks knowledge or information sufficient to form a belief as to the truth

5    of the allegations of Paragraph 115 and on that basis denies them.  Deco further

6    states that it does not infringe any valid claim of the '890 Patent that Philips

7    Lighting has asserted against it in this action.

8        **116.**   Deco states that the recited claim language has not yet been construed

9    and that it lacks knowledge or information sufficient to form a belief as to the truth

10   of the allegations of Paragraph 116 and on that basis denies them.  Deco further

11   states that it does not infringe any valid claim of the '890 Patent that Philips

12   Lighting has asserted against it in this action.

13       **117.**   Deco states that the recited claim language has not yet been construed

14   and that it lacks knowledge or information sufficient to form a belief as to the truth

15   of the allegations of Paragraph 117 and on that basis denies them.  Deco further

16   states that it does not infringe any valid claim of the '890 Patent that Philips

17   Lighting has asserted against it in this action.

18       **118.**   Deco states that the recited claim language has not yet been construed

19   and that it lacks knowledge or information sufficient to form a belief as to the truth

20   of the allegations of Paragraph 118 and on that basis denies them.  Deco further

21   states that it does not infringe any valid claim of the '890 Patent that Philips

22   Lighting has asserted against it in this action.

23       **119.**   Deco states that the recited claim language has not yet been construed

24   and that it lacks knowledge or information sufficient to form a belief as to the truth

25   of the allegations of Paragraph 119 and on that basis denies them.  Deco further

26   states that it does not infringe any valid claim of the '890 Patent that Philips

27   Lighting has asserted against it in this action.

28

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

1    **120.**   Deco states that the recited claim language has not yet been construed
2    and that it lacks knowledge or information sufficient to form a belief as to the truth
3    of the allegations of Paragraph 120 and on that basis denies them.  Deco further
4    states that it does not infringe any valid claim of the '890 Patent that Philips
5    Lighting has asserted against it in this action.

6    **121.**   Deco states that the recited claim language has not yet been construed
7    and that it lacks knowledge or information sufficient to form a belief as to the truth
8    of the allegations of Paragraph 121 and on that basis denies them, except Deco
9    admits that Philips Lighting alleges that "[t]he individual components cited below
10   refer to Exhibit 10 unless stated otherwise."  Deco further states that it does not
11   infringe any valid claim of the '890 Patent that Philips Lighting has asserted against
12   it in this action.

13   **122.**   Deco states that the recited claim language has not yet been construed
14   and that it lacks knowledge or information sufficient to form a belief as to the truth
15   of the allegations of Paragraph 122 and on that basis denies them.  Deco further
16   states that it does not infringe any valid claim of the '890 Patent that Philips
17   Lighting has asserted against it in this action.

18   **123.**   Deco states that the recited claim language has not yet been construed
19   and that it lacks knowledge or information sufficient to form a belief as to the truth
20   of the allegations of Paragraph 123 and on that basis denies them.  Deco further
21   states that it does not infringe any valid claim of the '890 Patent that Philips
22   Lighting has asserted against it in this action.

23   **124.**   Deco states that the recited claim language has not yet been construed
24   and that it lacks knowledge or information sufficient to form a belief as to the truth
25   of the allegations of Paragraph 124 and on that basis denies them.  Deco further
26   states that it does not infringe any valid claim of the '890 Patent that Philips
27   Lighting has asserted against it in this action.

28

**125.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 125 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**126.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 126 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**127.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 127 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**128.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 128 and on that basis denies them, except Deco admits that Philips Lighting alleges that "[t]he individual components cited below refer to Exhibit 18 unless stated otherwise."  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**129.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 129 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

1    **130.**   Deco states that the recited claim language has not yet been construed

2    and that it lacks knowledge or information sufficient to form a belief as to the truth

3    of the allegations of Paragraph 130 and on that basis denies them.  Deco further

4    states that it does not infringe any valid claim of the '890 Patent that Philips

5    Lighting has asserted against it in this action.

6    **131.**   Deco states that the recited claim language has not yet been construed

7    and that it lacks knowledge or information sufficient to form a belief as to the truth

8    of the allegations of Paragraph 131 and on that basis denies them.  Deco further

9    states that it does not infringe any valid claim of the '890 Patent that Philips

10   Lighting has asserted against it in this action.

11   **132.**   Deco states that the recited claim language has not yet been construed

12   and that it lacks knowledge or information sufficient to form a belief as to the truth

13   of the allegations of Paragraph 132 and on that basis denies them.  Deco further

14   states that it does not infringe any valid claim of the '890 Patent that Philips

15   Lighting has asserted against it in this action.

16   **133.**   Deco states that the recited claim language has not yet been construed

17   and that it lacks knowledge or information sufficient to form a belief as to the truth

18   of the allegations of Paragraph 133 and on that basis denies them.  Deco further

19   states that it does not infringe any valid claim of the '890 Patent that Philips

20   Lighting has asserted against it in this action.

21   **134.**   Deco states that the recited claim language has not yet been construed

22   and that it lacks knowledge or information sufficient to form a belief as to the truth

23   of the allegations of Paragraph 134 and on that basis denies them, except Deco

24   admits that Philips Lighting alleges that "[t]he individual components cited below

25   refer to Exhibit 20 unless stated otherwise."  Deco further states that it does not

26   infringe any valid claim of the '890 Patent that Philips Lighting has asserted against

27   it in this action.

28

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

**135.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 135 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**136.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 136 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**137.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 137 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**138.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 138 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**139.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 139 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**140.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 140 and on that basis denies them, except Deco

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

admits that Philips Lighting alleges that "[t]he individual components of D404-LED cited below refer to Exhibit 27 unless stated otherwise." Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**141.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 141 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**142.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 142 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**143.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 143 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**144.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 144 and on that basis denies them. Deco further states that it does not infringe any valid claim of the '890 Patent that Philips Lighting has asserted against it in this action.

**145.** Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 145 and on that basis denies them. Deco further

1  states that it does not infringe any valid claim of the '890 Patent that Philips

2  Lighting has asserted against it in this action.

3      **146.**   Deco denies the allegations of Paragraph 146.

4      **147.**   Deco denies the allegations of Paragraph 147.

5      **148.**   Deco denies the allegations of Paragraph 148.

6      **149.**   Deco denies the allegations of Paragraph 149, except Deco admits that

7  it has been aware of the '890 Patent at least as early as the service of the Amended

8  Complaint.

9      **150.**   Deco incorporates by reference herein its responses to Paragraphs 1-

10 149 as if fully set forth herein.

11     **151.**   Deco denies the allegations of Paragraph 151.

12     **152.**   Deco admits the allegations of Paragraph 152.

13     **153.**   Deco denies the allegations of Paragraph 153.

14     **154.**   Deco states that the recited claim language has not yet been construed

15 and that it lacks knowledge or information sufficient to form a belief as to the truth

16 of the allegations of Paragraph 154 and on that basis denies them, except Deco

17 admits that Philips Lighting alleges that "[t]he components cited below refer to

18 Exhibit 10 unless stated otherwise."  Deco further states that it does not infringe

19 any valid claim of the '399 Patent that Philips Lighting has asserted against it in

20 this action.

21     **155.**   Deco states that the recited claim language has not yet been construed

22 and that it lacks knowledge or information sufficient to form a belief as to the truth

23 of the allegations of Paragraph 155 and on that basis denies them.  Deco further

24 states that it does not infringe any valid claim of the '399 Patent that Philips

25 Lighting has asserted against it in this action.

26     **156.**   Deco states that the recited claim language has not yet been construed

27 and that it lacks knowledge or information sufficient to form a belief as to the truth

28 of the allegations of Paragraph 156 and on that basis denies them.  Deco further

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

1  states that it does not infringe any valid claim of the '399 Patent that Philips

2  Lighting has asserted against it in this action.

3      **157.**   Deco states that the recited claim language has not yet been construed

4  and that it lacks knowledge or information sufficient to form a belief as to the truth

5  of the allegations of Paragraph 157 and on that basis denies them.  Deco further

6  states that it does not infringe any valid claim of the '399 Patent that Philips

7  Lighting has asserted against it in this action.

8      **158.**   Deco states that the recited claim language has not yet been construed

9  and that it lacks knowledge or information sufficient to form a belief as to the truth

10  of the allegations of Paragraph 158 and on that basis denies them.  Deco further

11  states that it does not infringe any valid claim of the '399 Patent that Philips

12  Lighting has asserted against it in this action.

13      **159.**   Deco states that the recited claim language has not yet been construed

14  and that it lacks knowledge or information sufficient to form a belief as to the truth

15  of the allegations of Paragraph 159 and on that basis denies them, except Deco

16  admits that Philips Lighting alleges that "[t]he components cited below refer to

17  Exhibit 24 unless stated otherwise."  Deco further states that it does not infringe

18  any valid claim of the '399 Patent that Philips Lighting has asserted against it in

19  this action.

20      **160.**   Deco states that the recited claim language has not yet been construed

21  and that it lacks knowledge or information sufficient to form a belief as to the truth

22  of the allegations of Paragraph 160 and on that basis denies them.  Deco further

23  states that it does not infringe any valid claim of the '399 Patent that Philips

24  Lighting has asserted against it in this action.

25      **161.**   Deco states that the recited claim language has not yet been construed

26  and that it lacks knowledge or information sufficient to form a belief as to the truth

27  of the allegations of Paragraph 161 and on that basis denies them.  Deco further

28

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

1  states that it does not infringe any valid claim of the '399 Patent that Philips

2  Lighting has asserted against it in this action.

3      **162.**   Deco states that the recited claim language has not yet been construed

4  and that it lacks knowledge or information sufficient to form a belief as to the truth

5  of the allegations of Paragraph 162 and on that basis denies them.  Deco further

6  states that it does not infringe any valid claim of the '399 Patent that Philips

7  Lighting has asserted against it in this action.

8      **163.**   Deco states that the recited claim language has not yet been construed

9  and that it lacks knowledge or information sufficient to form a belief as to the truth

10  of the allegations of Paragraph 163 and on that basis denies them.  Deco further

11  states that it does not infringe any valid claim of the '399 Patent that Philips

12  Lighting has asserted against it in this action.

13      **164.**   Deco states that the recited claim language has not yet been construed

14  and that it lacks knowledge or information sufficient to form a belief as to the truth

15  of the allegations of Paragraph 164 and on that basis denies them, except Deco

16  admits that Philips Lighting alleges that "[t]he individual components of D404-

17  LED cited below refer to Exhibit 27 unless stated otherwise."  Deco further states

18  that it does not infringe any valid claim of the '399 Patent that Philips Lighting has

19  asserted against it in this action.

20      **165.**   Deco states that the recited claim language has not yet been construed

21  and that it lacks knowledge or information sufficient to form a belief as to the truth

22  of the allegations of Paragraph 165 and on that basis denies them.  Deco further

23  states that it does not infringe any valid claim of the '399 Patent that Philips

24  Lighting has asserted against it in this action.

25      **166.**   Deco states that the recited claim language has not yet been construed

26  and that it lacks knowledge or information sufficient to form a belief as to the truth

27  of the allegations of Paragraph 166 and on that basis denies them.  Deco further

28

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

states that it does not infringe any valid claim of the '399 Patent that Philips Lighting has asserted against it in this action.

**167.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 167 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '399 Patent that Philips Lighting has asserted against it in this action.

**168.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 168 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '399 Patent that Philips Lighting has asserted against it in this action.

**169.**   Deco admits the allegations of Paragraph 169.

**170.**   Deco denies the allegations of Paragraph 170.

**171.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 171 and on that basis denies them, except Deco admits that Philips Lighting alleges that "[t]he individual components of Zeus cited below refer to Exhibit 10 unless stated otherwise."  Deco further states that it does not infringe any valid claim of the '399 Patent that Philips Lighting has asserted against it in this action.

**172.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 172 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '399 Patent that Philips Lighting has asserted against it in this action.

**173.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

of the allegations of Paragraph 173 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '399 Patent that Philips Lighting has asserted against it in this action.

174.   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 174 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '399 Patent that Philips Lighting has asserted against it in this action.

175.   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 175 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '399 Patent that Philips Lighting has asserted against it in this action.

176.   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 176 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '399 Patent that Philips Lighting has asserted against it in this action.

177.   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 177 and on that basis denies them, except Deco admits that Philips Lighting alleges that "[]he individual components of D404-LED cited below refer to Exhibit 27."  Deco further states that it does not infringe any valid claim of the '399 Patent that Philips Lighting has asserted against it in this action.

178.   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 178 and on that basis denies them.  Deco further

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

1   states that it does not infringe any valid claim of the '399 Patent that Philips

2   Lighting has asserted against it in this action.

3       **179.**   Deco states that the recited claim language has not yet been construed

4   and that it lacks knowledge or information sufficient to form a belief as to the truth

5   of the allegations of Paragraph 179 and on that basis denies them.  Deco further

6   states that it does not infringe any valid claim of the '399 Patent that Philips

7   Lighting has asserted against it in this action.

8       **180.**   Deco states that the recited claim language has not yet been construed

9   and that it lacks knowledge or information sufficient to form a belief as to the truth

10  of the allegations of Paragraph 180 and on that basis denies them.  Deco further

11  states that it does not infringe any valid claim of the '399 Patent that Philips

12  Lighting has asserted against it in this action.

13      **181.**   Deco states that the recited claim language has not yet been construed

14  and that it lacks knowledge or information sufficient to form a belief as to the truth

15  of the allegations of Paragraph 181 and on that basis denies them.  Deco further

16  states that it does not infringe any valid claim of the '399 Patent that Philips

17  Lighting has asserted against it in this action.

18      **182.**   Deco states that the recited claim language has not yet been construed

19  and that it lacks knowledge or information sufficient to form a belief as to the truth

20  of the allegations of Paragraph 182 and on that basis denies them.  Deco further

21  states that it does not infringe any valid claim of the '399 Patent that Philips

22  Lighting has asserted against it in this action.

23      **183.**   Deco denies the allegations of Paragraph 183.

24      **184.**   Deco denies the allegations of Paragraph 184.

25      **185.**   Deco denies the allegations of Paragraph 185.

26      **186.**   Deco denies the allegations of Paragraph 186, except Deco admits

27  Philips notified Deco of the '399 Patent on October 21, 2013.

28

1    **187.**   Deco incorporates by reference herein its responses to Paragraphs 1 -
2    186 as if fully set forth herein.

3    **188.**   Deco denies the allegations of Paragraph 188.

4    **189.**   Deco admits the allegations of Paragraph 189.

5    **190.**   Deco denies the allegations of Paragraph 190.

6    **191.**   Deco states that the recited claim language has not yet been construed
7    and that it lacks knowledge or information sufficient to form a belief as to the truth
8    of the allegations of Paragraph 191 and on that basis denies them, except Deco
9    admits that Philips Lighting alleges that "[t]he individual components cited below
10   refer to Exhibit 7 unless stated otherwise."  Deco further states that it does not
11   infringe any valid claim of the '559 Patent that Philips Lighting has asserted against
12   it in this action.

13   **192.**   Deco states that the recited claim language has not yet been construed
14   and that it lacks knowledge or information sufficient to form a belief as to the truth
15   of the allegations of Paragraph 192 and on that basis denies them.  Deco further
16   states that it does not infringe any valid claim of the '559 Patent that Philips
17   Lighting has asserted against it in this action.

18   **193.**   Deco states that the recited claim language has not yet been construed
19   and that it lacks knowledge or information sufficient to form a belief as to the truth
20   of the allegations of Paragraph 193 and on that basis denies them.  Deco further
21   states that it does not infringe any valid claim of the '559 Patent that Philips
22   Lighting has asserted against it in this action.

23   **194.**   Deco states that the recited claim language has not yet been construed
24   and that it lacks knowledge or information sufficient to form a belief as to the truth
25   of the allegations of Paragraph 194 and on that basis denies them.  Deco further
26   states that it does not infringe any valid claim of the '559 Patent that Philips
27   Lighting has asserted against it in this action.

28

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

**195.**  Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 195 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '559 Patent that Philips Lighting has asserted against it in this action.

**196.**  Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 196 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '559 Patent that Philips Lighting has asserted against it in this action.

**197.**  Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 197 and on that basis denies them, except Deco admits that Philips Lighting alleges that "[t]he individual components cited below refer to Exhibit 10 unless stated otherwise."  Deco further states that it does not infringe any valid claim of the '559 Patent that Philips Lighting has asserted against it in this action.

**198.**  Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 198 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '559 Patent that Philips Lighting has asserted against it in this action.

**199.**  Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 199 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '559 Patent that Philips Lighting has asserted against it in this action.

**200.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 200 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '559 Patent that Philips Lighting has asserted against it in this action.

**201.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 201 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '559 Patent that Philips Lighting has asserted against it in this action.

**202.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 202 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '559 Patent that Philips Lighting has asserted against it in this action.

**203.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 203 and on that basis denies them, except Deco admits that Philips Lighting alleges that "[t]he individual components of Cloud cited below refer to Exhibit 14 unless stated otherwise."  Deco further states that it does not infringe any valid claim of the '559 Patent that Philips Lighting has asserted against it in this action.

**204.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 204 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '559 Patent that Philips Lighting has asserted against it in this action.

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

1     **205.**   Deco states that the recited claim language has not yet been construed

2  and that it lacks knowledge or information sufficient to form a belief as to the truth

3  of the allegations of Paragraph 205 and on that basis denies them.  Deco further

4  states that it does not infringe any valid claim of the '559 Patent that Philips

5  Lighting has asserted against it in this action.

6     **206.**   Deco states that the recited claim language has not yet been construed

7  and that it lacks knowledge or information sufficient to form a belief as to the truth

8  of the allegations of Paragraph 206 and on that basis denies them.  Deco further

9  states that it does not infringe any valid claim of the '559 Patent that Philips

10  Lighting has asserted against it in this action.

11     **207.**   Deco states that the recited claim language has not yet been construed

12  and that it lacks knowledge or information sufficient to form a belief as to the truth

13  of the allegations of Paragraph 207 and on that basis denies them.  Deco further

14  states that it does not infringe any valid claim of the '559 Patent that Philips

15  Lighting has asserted against it in this action.

16     **208.**   Deco states that the recited claim language has not yet been construed

17  and that it lacks knowledge or information sufficient to form a belief as to the truth

18  of the allegations of Paragraph 208 and on that basis denies them.  Deco further

19  states that it does not infringe any valid claim of the '559 Patent that Philips

20  Lighting has asserted against it in this action.

21     **209.**   Deco states that the recited claim language has not yet been construed

22  and that it lacks knowledge or information sufficient to form a belief as to the truth

23  of the allegations of Paragraph 209 and on that basis denies them, except Deco

24  admits that Philips Lighting alleges that "[t]he individual components cited below

25  refer to Exhibit 18 unless stated otherwise."  Deco further states that it does not

26  infringe any valid claim of the '559 Patent that Philips Lighting has asserted against

27  it in this action.

28

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

1       **210.**  Deco states that the recited claim language has not yet been construed

2    and that it lacks knowledge or information sufficient to form a belief as to the truth

3    of the allegations of Paragraph 210 and on that basis denies them.  Deco further

4    states that it does not infringe any valid claim of the '559 Patent that Philips

5    Lighting has asserted against it in this action.

6       **211.**  Deco states that the recited claim language has not yet been construed

7    and that it lacks knowledge or information sufficient to form a belief as to the truth

8    of the allegations of Paragraph 211 and on that basis denies them.  Deco further

9    states that it does not infringe any valid claim of the '559 Patent that Philips

10    Lighting has asserted against it in this action.

11       **212.**  Deco states that the recited claim language has not yet been construed

12    and that it lacks knowledge or information sufficient to form a belief as to the truth

13    of the allegations of Paragraph 212 and on that basis denies them.  Deco further

14    states that it does not infringe any valid claim of the '559 Patent that Philips

15    Lighting has asserted against it in this action.

16       **213.**  Deco states that the recited claim language has not yet been construed

17    and that it lacks knowledge or information sufficient to form a belief as to the truth

18    of the allegations of Paragraph 213 and on that basis denies them.  Deco further

19    states that it does not infringe any valid claim of the '559 Patent that Philips

20    Lighting has asserted against it in this action.

21       **214.**  Deco states that the recited claim language has not yet been construed

22    and that it lacks knowledge or information sufficient to form a belief as to the truth

23    of the allegations of Paragraph 214 and on that basis denies them.  Deco further

24    states that it does not infringe any valid claim of the '559 Patent that Philips

25    Lighting has asserted against it in this action.

26       **215.**  Deco states that the recited claim language has not yet been construed

27    and that it lacks knowledge or information sufficient to form a belief as to the truth

28    of the allegations of Paragraph 215 and on that basis denies them, except Deco

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

admits that Philips Lighting alleges that "[t]he individual components cited below refer to Exhibit 20 unless stated otherwise."  Deco further states that it does not infringe any valid claim of the '559 Patent that Philips Lighting has asserted against it in this action.

**216.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 216 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '559 Patent that Philips Lighting has asserted against it in this action.

**217.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 217 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '559 Patent that Philips Lighting has asserted against it in this action.

**218.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 218 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '559 Patent that Philips Lighting has asserted against it in this action.

**219.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 219 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '559 Patent that Philips Lighting has asserted against it in this action.

**220.**   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 220 and on that basis denies them.  Deco further

1   states that it does not infringe any valid claim of the '559 Patent that Philips

2   Lighting has asserted against it in this action.

3        **221.**   Deco states that the recited claim language has not yet been construed

4   and that it lacks knowledge or information sufficient to form a belief as to the truth

5   of the allegations of Paragraph 221 and on that basis denies them, except Deco

6   admits that Philips Lighting alleges that "[t]he individual components cited below

7   refer to Exhibit 14 unless stated otherwise."   Deco further states that it does not

8   infringe any valid claim of the '559 Patent that Philips Lighting has asserted against

9   it in this action.

10       **222.**   Deco states that the recited claim language has not yet been construed

11   and that it lacks knowledge or information sufficient to form a belief as to the truth

12   of the allegations of Paragraph 222 and on that basis denies them.  Deco further

13   states that it does not infringe any valid claim of the '559 Patent that Philips

14   Lighting has asserted against it in this action.

15       **223.**   Deco states that the recited claim language has not yet been construed

16   and that it lacks knowledge or information sufficient to form a belief as to the truth

17   of the allegations of Paragraph 223 and on that basis denies them.  Deco further

18   states that it does not infringe any valid claim of the '559 Patent that Philips

19   Lighting has asserted against it in this action.

20       **224.**   Deco states that the recited claim language has not yet been construed

21   and that it lacks knowledge or information sufficient to form a belief as to the truth

22   of the allegations of Paragraph 224 and on that basis denies them.  Deco further

23   states that it does not infringe any valid claim of the '559 Patent that Philips

24   Lighting has asserted against it in this action.

25       **225.**   Deco states that the recited claim language has not yet been construed

26   and that it lacks knowledge or information sufficient to form a belief as to the truth

27   of the allegations of Paragraph 225 and on that basis denies them.  Deco further

28

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

1   states that it does not infringe any valid claim of the '559 Patent that Philips

2   Lighting has asserted against it in this action.

3       **226.**   Deco states that the recited claim language has not yet been construed

4   and that it lacks knowledge or information sufficient to form a belief as to the truth

5   of the allegations of Paragraph 226 and on that basis denies them.  Deco further

6   states that it does not infringe any valid claim of the '559 Patent that Philips

7   Lighting has asserted against it in this action.

8       **227.**   Deco states that the recited claim language has not yet been construed

9   and that it lacks knowledge or information sufficient to form a belief as to the truth

10   of the allegations of Paragraph 227 and on that basis denies them, except Deco

11   admits that Philips Lighting alleges that "[t]he individual components cited below

12   refer to Exhibit 14 unless stated otherwise."  Deco further states that it does not

13   infringe any valid claim of the '559 Patent that Philips Lighting has asserted against

14   it in this action.

15       **228.**   Deco states that the recited claim language has not yet been construed

16   and that it lacks knowledge or information sufficient to form a belief as to the truth

17   of the allegations of Paragraph 228 and on that basis denies them.  Deco further

18   states that it does not infringe any valid claim of the '559 Patent that Philips

19   Lighting has asserted against it in this action.

20       **229.**   Deco states that the recited claim language has not yet been construed

21   and that it lacks knowledge or information sufficient to form a belief as to the truth

22   of the allegations of Paragraph 229 and on that basis denies them.  Deco further

23   states that it does not infringe any valid claim of the '559 Patent that Philips

24   Lighting has asserted against it in this action.

25       **230.**   Deco states that the recited claim language has not yet been construed

26   and that it lacks knowledge or information sufficient to form a belief as to the truth

27   of the allegations of Paragraph 230 and on that basis denies them.  Deco further

28

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

1   states that it does not infringe any valid claim of the '559 Patent that Philips

2   Lighting has asserted against it in this action.

3      **231.**   Deco states that the recited claim language has not yet been construed

4   and that it lacks knowledge or information sufficient to form a belief as to the truth

5   of the allegations of Paragraph 231 and on that basis denies them.  Deco further

6   states that it does not infringe any valid claim of the '559 Patent that Philips

7   Lighting has asserted against it in this action.

8      **232.**   Deco states that the recited claim language has not yet been construed

9   and that it lacks knowledge or information sufficient to form a belief as to the truth

10   of the allegations of Paragraph 232 and on that basis denies them.  Deco further

11   states that it does not infringe any valid claim of the '559 Patent that Philips

12   Lighting has asserted against it in this action.

13      **233.**   Deco admits the allegations of Paragraph 233.

14      **234.**   Deco denies the allegations of Paragraph 234.

15      **235.**   Deco states that the recited claim language has not yet been construed

16   and that it lacks knowledge or information sufficient to form a belief as to the truth

17   of the allegations of Paragraph 235 and on that basis denies them, except Deco

18   admits that Philips Lighting alleges that "[t]he individual components cited below

19   refer to Exhibit 10 unless stated otherwise."  Deco further states that it does not

20   infringe any valid claim of the '559 Patent that Philips Lighting has asserted against

21   it in this action.

22      **236.**   Deco states that the recited claim language has not yet been construed

23   and that it lacks knowledge or information sufficient to form a belief as to the truth

24   of the allegations of Paragraph 236 and on that basis denies them.  Deco further

25   states that it does not infringe any valid claim of the '559 Patent that Philips

26   Lighting has asserted against it in this action.

27      **237.**   Deco states that the recited claim language has not yet been construed

28   and that it lacks knowledge or information sufficient to form a belief as to the truth

1    of the allegations of Paragraph 237 and on that basis denies them.  Deco further

2    states that it does not infringe any valid claim of the '559 Patent that Philips

3    Lighting has asserted against it in this action.

4       **238.**   Deco states that the recited claim language has not yet been construed

5    and that it lacks knowledge or information sufficient to form a belief as to the truth

6    of the allegations of Paragraph 238 and on that basis denies them.  Deco further

7    states that it does not infringe any valid claim of the '559 Patent that Philips

8    Lighting has asserted against it in this action.

9       **239.**   Deco states that the recited claim language has not yet been construed

10    and that it lacks knowledge or information sufficient to form a belief as to the truth

11    of the allegations of Paragraph 239 and on that basis denies them.  Deco further

12    states that it does not infringe any valid claim of the '559 Patent that Philips

13    Lighting has asserted against it in this action.

14       **240.**   Deco states that the recited claim language has not yet been construed

15    and that it lacks knowledge or information sufficient to form a belief as to the truth

16    of the allegations of Paragraph 240 and on that basis denies them, except Deco

17    admits that Philips Lighting alleges that "[t]he individual components cited below

18    refer to Exhibit 20 unless stated otherwise."  Deco further states that it does not

19    infringe any valid claim of the '559 Patent that Philips Lighting has asserted against

20    it in this action.

21       **241.**   Deco states that the recited claim language has not yet been construed

22    and that it lacks knowledge or information sufficient to form a belief as to the truth

23    of the allegations of Paragraph 241 and on that basis denies them.  Deco further

24    states that it does not infringe any valid claim of the '559 Patent that Philips

25    Lighting has asserted against it in this action.

26       **242.**   Deco states that the recited claim language has not yet been construed

27    and that it lacks knowledge or information sufficient to form a belief as to the truth

28    of the allegations of Paragraph 242 and on that basis denies them.  Deco further

1    states that it does not infringe any valid claim of the '559 Patent that Philips

2    Lighting has asserted against it in this action.

3        **243.**   Deco states that the recited claim language has not yet been construed

4    and that it lacks knowledge or information sufficient to form a belief as to the truth

5    of the allegations of Paragraph 243 and on that basis denies them.  Deco further

6    states that it does not infringe any valid claim of the '559 Patent that Philips

7    Lighting has asserted against it in this action.

8        **244.**   Deco states that the recited claim language has not yet been construed

9    and that it lacks knowledge or information sufficient to form a belief as to the truth

10   of the allegations of Paragraph 244 and on that basis denies them.  Deco further

11   states that it does not infringe any valid claim of the '559 Patent that Philips

12   Lighting has asserted against it in this action.

13       **245.**   Deco states that the recited claim language has not yet been construed

14   and that it lacks knowledge or information sufficient to form a belief as to the truth

15   of the allegations of Paragraph 245 and on that basis denies them, except admits

16   that Philips Lighting alleges that "[t[he individual components cited below refer to

17   Exhibit 27 unless stated otherwise."  Deco further states that it does not infringe

18   any valid claim of the '559 Patent that Philips Lighting has asserted against it in

19   this action.

20       **246.**   Deco states that the recited claim language has not yet been construed

21   and that it lacks knowledge or information sufficient to form a belief as to the truth

22   of the allegations of Paragraph 246 and on that basis denies them.  Deco further

23   states that it does not infringe any valid claim of the '559 Patent that Philips

24   Lighting has asserted against it in this action.

25       **247.**   Deco states that the recited claim language has not yet been construed

26   and that it lacks knowledge or information sufficient to form a belief as to the truth

27   of the allegations of Paragraph 247 and on that basis denies them.  Deco further

28

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

1   states that it does not infringe any valid claim of the '559 Patent that Philips

2   Lighting has asserted against it in this action.

3        **248.**   Deco states that the recited claim language has not yet been construed

4   and that it lacks knowledge or information sufficient to form a belief as to the truth

5   of the allegations of Paragraph 248 and on that basis denies them.  Deco further

6   states that it does not infringe any valid claim of the '559 Patent that Philips

7   Lighting has asserted against it in this action.

8        **249.**   Deco states that the recited claim language has not yet been construed

9   and that it lacks knowledge or information sufficient to form a belief as to the truth

10  of the allegations of Paragraph 249 and on that basis denies them.  Deco further

11  states that it does not infringe any valid claim of the '559 Patent that Philips

12  Lighting has asserted against it in this action.

13       **250.**   Deco admits the allegations of Paragraph 250.

14       **251.**   Deco denies the allegations of Paragraph 251.

15       **252.**   Deco states that the recited claim language has not yet been construed

16  and that it lacks knowledge or information sufficient to form a belief as to the truth

17  of the allegations of Paragraph 252 and on that basis denies them, except Deco

18  admits that Philips Lighting alleges that "[t]he individual components cited below

19  refer to Exhibit 10 unless stated otherwise."  Deco further states that it does not

20  infringe any valid claim of the '559 Patent that Philips Lighting has asserted against

21  it in this action.

22       **253.**   Deco states that the recited claim language has not yet been construed

23  and that it lacks knowledge or information sufficient to form a belief as to the truth

24  of the allegations of Paragraph 253 and on that basis denies them.  Deco further

25  states that it does not infringe any valid claim of the '559 Patent that Philips

26  Lighting has asserted against it in this action.

27       **254.**   Deco states that the recited claim language has not yet been construed

28  and that it lacks knowledge or information sufficient to form a belief as to the truth

1  of the allegations of Paragraph 254 and on that basis denies them.  Deco further

2  states that it does not infringe any valid claim of the '559 Patent that Philips

3  Lighting has asserted against it in this action.

4      **255.**   Deco states that the recited claim language has not yet been construed

5  and that it lacks knowledge or information sufficient to form a belief as to the truth

6  of the allegations of Paragraph 255 and on that basis denies them.  Deco further

7  states that it does not infringe any valid claim of the '559 Patent that Philips

8  Lighting has asserted against it in this action.

9      **256.**   Deco states that the recited claim language has not yet been construed

10  and that it lacks knowledge or information sufficient to form a belief as to the truth

11  of the allegations of Paragraph 256 and on that basis denies them.  Deco further

12  states that it does not infringe any valid claim of the '559 Patent that Philips

13  Lighting has asserted against it in this action.

14      **257.**   Deco states that the recited claim language has not yet been construed

15  and that it lacks knowledge or information sufficient to form a belief as to the truth

16  of the allegations of Paragraph 257 and on that basis denies them, except Deco

17  admits that Philips Lighting alleges that "[t]he individual components cited below

18  refer to Exhibit 20 unless stated otherwise."  Deco further states that it does not

19  infringe any valid claim of the '559 Patent that Philips Lighting has asserted against

20  it in this action.

21      **258.**   Deco states that the recited claim language has not yet been construed

22  and that it lacks knowledge or information sufficient to form a belief as to the truth

23  of the allegations of Paragraph 258 and on that basis denies them.  Deco further

24  states that it does not infringe any valid claim of the '559 Patent that Philips

25  Lighting has asserted against it in this action.

26      **259.**   Deco states that the recited claim language has not yet been construed

27  and that it lacks knowledge or information sufficient to form a belief as to the truth

28  of the allegations of Paragraph 259 and on that basis denies them.  Deco further

1   states that it does not infringe any valid claim of the '559 Patent that Philips

2   Lighting has asserted against it in this action.

3       **260.**   Deco states that the recited claim language has not yet been construed

4   and that it lacks knowledge or information sufficient to form a belief as to the truth

5   of the allegations of Paragraph 260 and on that basis denies them.  Deco further

6   states that it does not infringe any valid claim of the '559 Patent that Philips

7   Lighting has asserted against it in this action.

8       **261.**   Deco states that the recited claim language has not yet been construed

9   and that it lacks knowledge or information sufficient to form a belief as to the truth

10  of the allegations of Paragraph 261 and on that basis denies them.  Deco further

11  states that it does not infringe any valid claim of the '559 Patent that Philips

12  Lighting has asserted against it in this action.

13      **262.**   Deco states that the recited claim language has not yet been construed

14  and that it lacks knowledge or information sufficient to form a belief as to the truth

15  of the allegations of Paragraph 262 and on that basis denies them, except Deco

16  admits that Philips Lighting alleges that "[t]he individual components cited below

17  refer to Exhibit 27 unless stated otherwise."  Deco further states that it does not

18  infringe any valid claim of the '559 Patent that Philips Lighting has asserted against

19  it in this action.

20      **263.**   Deco states that the recited claim language has not yet been construed

21  and that it lacks knowledge or information sufficient to form a belief as to the truth

22  of the allegations of Paragraph 263 and on that basis denies them.  Deco further

23  states that it does not infringe any valid claim of the '559 Patent that Philips

24  Lighting has asserted against it in this action.

25      **264.**   Deco states that the recited claim language has not yet been construed

26  and that it lacks knowledge or information sufficient to form a belief as to the truth

27  of the allegations of Paragraph 264 and on that basis denies them.  Deco further

28

states that it does not infringe any valid claim of the '559 Patent that Philips Lighting has asserted against it in this action.

265.   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 265 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '559 Patent that Philips Lighting has asserted against it in this action.

266.   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 266 and on that basis denies them.  Deco further states that it does not infringe any valid claim of the '559 Patent that Philips Lighting has asserted against it in this action.

267.   Deco denies the allegations of Paragraph 267.

268.   Deco denies the allegations of Paragraph 268.

269.   Deco denies the allegations of Paragraph 269.

270.   Deco denies the allegations of Paragraph 270, except Deco admits Philips notified Deco of the '559 Patent on October 21, 2013.

271.   Deco incorporates by reference herein its answers to Paragraphs 1 – 270 as if fully set forth herein.

272.   Deco denies the allegations of Paragraph 272.

273.   Deco admits the allegations of Paragraph 273.

274.   Deco denies the allegations of Paragraph 274.

275.   Deco states that the recited claim language has not yet been construed and that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 275 and on that basis denies them, except Deco admits that Philips Lighting alleges that "[t]he individual components cited below refer to Exhibit 23 unless stated otherwise."  Deco further states that it does not

1    infringe any valid claim of the '328 Patent that Philips Lighting has asserted against
2    it in this action.

3        276.   Deco states that the recited claim language has not yet been construed
4    and that it lacks knowledge or information sufficient to form a belief as to the truth
5    of the allegations of Paragraph 276 and on that basis denies them.  Deco further
6    states that it does not infringe any valid claim of the '328 Patent that Philips
7    Lighting has asserted against it in this action.

8        277.   Deco states that the recited claim language has not yet been construed
9    and that it lacks knowledge or information sufficient to form a belief as to the truth
10   of the allegations of Paragraph 277 and on that basis denies them.  Deco further
11   states that it does not infringe any valid claim of the '328 Patent that Philips
12   Lighting has asserted against it in this action.

13       278.   Deco states that the recited claim language has not yet been construed
14   and that it lacks knowledge or information sufficient to form a belief as to the truth
15   of the allegations of Paragraph 278 and on that basis denies them.  Deco further
16   states that it does not infringe any valid claim of the '328 Patent that Philips
17   Lighting has asserted against it in this action.

18       279.   Deco states that the recited claim language has not yet been construed
19   and that it lacks knowledge or information sufficient to form a belief as to the truth
20   of the allegations of Paragraph 279 and on that basis denies them.  Deco further
21   states that it does not infringe any valid claim of the '328 Patent that Philips
22   Lighting has asserted against it in this action.

23       280.   Deco denies the allegations of Paragraph 280.

24       281.   Deco denies the allegations of Paragraph 281.

25       282.   Deco denies the allegations of Paragraph 282.

26       283.   Deco denies the allegations of Paragraph 283, except Deco admits that
27   it was aware of the '328 Patent as early as the service of the Amended Complaint.

28

1

**RESPONSE TO PRAYER FOR RELIEF**

2

Deco denies that Philips Lighting is entitled to any relief.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**
**(Invalidity)**

The asserted claims of the '014 Patent, '890 Patent, '559 Patent, '328 Patent, and '399 Patent (collectively, the "Asserted Claims") are invalid under 35 U.S.C. §§ 102, 103, and/or 112.  For example and without limitation:

**The '014 Patent**.  Claim 1 of the '014 Patent is anticipated by at least U.S. Patent No. 5,532,894 to Sweaton, and U.S. Patent No. 5,061,861 to Sameshima.  At least the following references, alone or in combination, render Claim 1 of the '014 Patent obvious:  U.S. Patent No. 5,532,894 to Sweaton, U.S. Patent No. 5,061,861 to Sameshima, U.S. Patent No. 4,999,753 A to MacKenzie, U.S. Patent No. 5,327,123 to Heimann, U.S. Patent No. 5,387,908 to Henry, U.S. Patent No. 5,04,659 to Taniguchi, U.S. Patent No. 5,457,450 to Taniguchi, U.S. Patent No. 5,717,335 to Lee, and U.S. Patent No. 6,150,771 to Perry. 13.  For example, with respect to Claim 1 (as that claim appears to have been construed by Philips Lighting), Sweaton discloses a circuit arrangement suitable for operating a semiconductor light source (*e.g,* Fig. 4), input terminals for connecting a supply voltage (*e.g.*, Fig. 3), input filter means (*e.g.*, 5:23-29), a converter (*e.g.*, Fig.4; 4:65-67), output terminals for connecting the semiconductor light source (*e.g.*, Fig. 4; 6:7-10), wherein said converter generates a current for application to said semiconductor light source, and said control circuit controls said converter to produce a predetermined value of said current at said output terminals (*e.g.*, 4:65-5:5), said predetermined value of said current corresponding to an output voltage which is less than a predetermined threshold voltage characterized in that the circuit arrangement further comprises voltage detection means for detecting the output voltage at the output terminals, said voltage detection means generating a detection signal when the output voltage exceeds said predetermined threshold voltage (*e.g.*, 5:23-33).  Claim 1 of the '014 Patent is not enabled at least because "voltage

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

detection means" is not used to regulate voltage and the claim also does not require a "switching means" which is the only disclosed means to regulate voltage. Claim 1 of the '014 Patent is also indefinite because, for example, "input filter means" is indefinite and it would not be clear to a person or ordinary skill in the art whether or not "input filter means" requires a filter.

**The '890 Patent**. At least the following references, alone or in combination, render Claims 7 and 31 of the '890 Patent obvious: WO2001069980A1 (Barth et al.), US Patent No. 6,590,343 to Pederson, and US Patent No. 6,400,101 to Biebl et al. For example, with respect to Claim 7 (as the claim appears to have been construed by Philips Lighting), Barth discloses a control circuit that provides power to at least one LED (*e.g.*, Fig. 1), sensing current flowing through the LED (*e.g.*, Fig. 1 and 6), generating a reference signal (*e.g.*, Fig. 7 and 8), comparing the sensed signal to the reference signal (*e.g.*, Fig. 1, 2, and 7), means for modulating pulse width responsive to the feedback signal, said pulse width modulating means generating a drive signal (*e.g.*, Fig. 1 and 7), and means for supplying power responsive to the drive signal, said power supplying means supplying current to the LED array (*e.g.*, Fig. 7 and 8a). Pederson discloses a system for supplying power for an LED array (*e.g.*, 3:45-50), a microcontroller that senses current to an LED module and generates a sensed current signal (*e.g.*, Figs. 24, 26, 20:47-54), a look-up table for generating a reference signal (*e.g.*, Figs. 26-28, 21:61-22:20), a microcontroller for comparing the sensed current signal and the reference signal from the look-up table and an increased or decreased current signal (*e.g.*, Figs. 26-28, 21:61-22:20), a microcontroller and compensation software for modulating pulse width and generating a drive signal (*e.g.*, Figs. 24, 26, 20:53-67), and a microcontroller for adjusting the current to an LED replacement module responsive to drive signal (*e.g.*, Figs. 27, 28, 24:66-25:18). In addition, the United States Patent and Trademark Office already invalidated Claim 23 of the '890 Patent, finding that Biebl discloses all of the elements of Claim 23. Case IPR2015-01292,

Paper 64, November 23, 2016.  The additional limitation of dependent Claim 31 (as Philips Lighting appears to construe that claim) is disclosed by Barth.  Barth discloses a power supply selected from a group consisting of a buck-boost power supply, a boost power supply, a buck power supply, and a flyback converter" (*e.g.*, Fig. 2).

**The '559 Patent**.  At least the following references, alone or in combination, render Claims 6, 10, and 11 of the '559 Patent obvious:  US Patent No. 6,747,420 to Barth et al. and US Patent No. 4,496,939 to Moberg.  For example, with respect to Claim 6 (as Philips Lighting appears to construe that claim), Barth discloses a power supply for an LED light source (*e.g.*, Fig. 1), a power converter operable to provide a regulated power including a LED current and a LED voltage (*e.g.*, Fig. 1 and 6), an LED control switch operable to control a flow of the LED current through the LED light source (*e.g.*, Fig. 2), a detection circuit operable to provide a detection signal indicative of an operating condition of the LED light source associated with the LED voltage (*e.g.*, 1:42-57); wherein said LED control switch is further operable to clamp a peak of the LED current during an initial loading stage of the LED light source (*e.g.*, 6:3-14); wherein the detection signal has a first level representative of a load condition of the LED light source (*e.g.*, 1:42-57), and wherein the detection signal has a second level representative of either a short condition or an open condition of the LED light source (*e.g.*, 5:54-6:26).  In addition, Moberg discloses an oscillating control and claim circuit to clamp a peak of the LED current during an initial loading stage of the LED (*e.g.*, Figs. 1-2, 3:63-4:12).  For example with respect  to Claim 10 (as Philips Lighting appears to construe that claim), Barth discloses a power supply for an LED light source (*e.g.*, Fig. 1), a power converter operable to provide a regulated power including a LED current and a LED voltage (*e.g.*, Fig. 1 and 6; 3:44-53), an LED control switch operable to control a flow of the LED current through the LED light source (*e.g.*, Fig. 2; 4:62-5:13), a current sensor operable to sense the LED current flowing

through the LED light source (*e.g.*, Fig. 2 and 6; 1:42-57), a differential amplifier (*e.g.*, Fig. 2 and 6; 4:62-5:13), and means for adjusting a gain of said differential amplifier (*e.g.*, Fig. 6; 6:3-14), wherein said LED control switch is further operable to clamp a peak of the LED current during an initial loading stage of the LED light source (*e.g.*, 6:3-14).  Moberg discloses an oscillating control and claim circuit to clamp a peak of the LED current during an initial loading stage of the LED (*e.g.*, Figs. 1-2, 3:63-4:12).   For example, with respect to Claim 11 (as Philips Lighting appears to construe that claim), Barth discloses a power supply for an LED light source (*e.g.*, Fig. 1), a power converter operable to provide a regulated power including a LED current and a LED voltage (*e.g.*, Fig. 1 and 6; 3:44-53), an LED control switch operable to control a flow of the LED current through the LED light source (*e.g.*, Fig. 2; 4:62-5:13), a voltage sensor operable to sense the LED voltage applied to the LED light source, said voltage sensor including (*e.g.*, Fig. 2 and 6; 1:42-57), a differential amplifier (*e.g.*, Fig. 2 and 6; 4:62-5:13), and means for adjusting a gain of said differential amplifier (*e.g.*, Fig. 6; 6:3-14), wherein said LED control switch is further operable to clamp a peak of the LED current during an initial loading stage of the LED light source (*e.g.*, 6:3-14). In addition, Moberg discloses an oscillating control and claim circuit to clamp a peak of the LED current during an initial loading stage of the LED (*e.g.*, Figs. 1-2, 3:63-4:12).  Claims 6, 10, and 11 of the '559 Patent are indefinite because, for example, "a power converter operable to provide regulated power including a LED current and a LED voltage" is indefinite and the corresponding structure is not disclosed and would not be clear to a person or ordinary skill in the art.

**The '399 Patent**. Claims 7 and 17 of the '399 Patent are anticipated at least by U.S. Patent Appl. No. 2002/0122309A1 to Abdelhafez.  At least the following references, alone or in combination, render Claims 7 and 17 of the '399 Patent obvious:  U.S. Patent Appl. No. 2002/0122309A1 to Abdelhafez and U.S. Patent No. 6,225,759 to Bogdan.  For example, with respect to Claim 7 (as Philips

1    Lighting appears to construe that claim), Bogden in view of Abdelhafez discloses

2    an illumination apparatus (*e.g.*, Bogden at Abstract), an LED (*e.g.*, Abdelhafez at

3    [0011]), at least one controller coupled to the at least one LED and configured to

4    receive a power-related signal from an alternating current (A.C.) power source that

5    provides signals other than a standard A.C. line voltage, the at least one controller

6    further configured to provide power to the at least one LED based on the power-

7    related signal (*e.g.*, Bogden at Fig. 1 and 3(a)-(d); 2:41-3:5), wherein the A.C.

8    power source is an A.C. dimmer circuit (*e.g.*, Bogdan Fig. 1), wherein the A.C.

9    dimmer circuit is controlled by a user interface to vary the power-related signal, and

10   wherein the at least one controller is configured to variably control at least one

11   parameter of light generated by the at least one LED in response to operation of the

12   user interface (*e.g.*, Bogdan at 5:17-27, 14:52-15:7; Abdelhafez at [0040], [0046]),

13   and wherein the operation of the user interface varies a duty cycle of the power-

14   related signal, and wherein the at least one controller is configured to variably

15   control the at least one parameter of the light based at least on the variable duty

16   cycle of the power-related signal (*e.g.*, Bogden at 10:5-35, 11:12-22, Fig. 5(a) and

17   (b)).   For example, with respect to Claim 17 (as Philips Lighting appears to

18   construe that claim), Bogden in view of Abdelhafez discloses an illumination

19   apparatus (*e.g.*, Bogden at Abstract), an LED (*e.g.*, Abdelhafez at [0011]), at least

20   one controller coupled to the at least one LED and configured to receive a power-

21   related signal from an alternating current (A.C.) power source that provides signals

22   other than a standard A.C. line voltage, the at least one controller further configured

23   to provide power to the at least one LED based on the power-related signal (*e.g.*,

24   Bogden at Fig. 1 and 3(a)-(d); 2:41-3:5), wherein the A.C. power source is an A.C.

25   dimmer circuit (*e.g.*, Bogdan Fig. 1), wherein the A.C. dimmer circuit is controlled

26   by a user interface to vary the power-related signal, and wherein the at least one

27   controller is configured to variably control at least one parameter of light generated

28   by the at least one LED in response to operation of the user interface (*e.g.*, Bogdan

at 5:17-27, 14:52-15:7; Abdelhafez at [0040], [0046]), wherein the at least one controller includes: an adjustment circuit to variably control the at least one parameter of light based on the varying power-related signal (*e.g.*, Bogden at 10:5-35, 11:12-22, Fig. 5(a) and (b)), and power circuitry to provide at least the power to the at least one LED based on the varying power-related signal (*e.g.*, Bogden Fig. 1 and 6(b), 5:10-14).

   **The '328 Patent**.  Claim 1 of the '328 Patent is anticipated at least by U.S. Patent Appl. Publ. No. 2009/0067172A1 to Inoue.  At least the following references, alone or in combination, render Claim 1 of the '328 Patent obvious: U.S. Patent Appl. Publ. No. 2009/0067172A1 to Inoue and U.S. Patent No. 6,033,093 to Latsis.  For example, with respect to Claim 1 (as Philips Lighting appears to construe that claim), Inoue discloses an LED downlight fixture (*e.g.*, [0002]), an array of LEDs in thermal connectivity with a heatsink, said array of LEDs positioned adjacent a first aperture of a multi-piece reflector assembly (*e.g.*, [0023 and 0025]), said multi-piece reflector assembly including: a first reflector having said first aperture disposed in an upper portion of said first reflector and an opposed larger second aperture in a lower portion of said first reflector (*e.g.*, Fig. 1 and [0022]), a second reflector having a first aperture positioned adjacent said second aperture of said first reflector and a second aperture opposite said first aperture of said second reflector and defining a light exit passageway (*e.g.*, Fig. 1, [0014], and [0022]), and a diffuser positioned proximal to and extending across said second aperture of said first reflector and said first aperture of said second reflector (*e.g.*, Fig. 1 and 2; [0015], [0036], [0037], and [0043]).

## SECOND AFFIRMATIVE DEFENSE
### (Prosecution History Estoppel and Disclaimer)

   Philips Lighting's claims for relief are limited and/or barred under the doctrines of prosecution history estoppel and disclaimer by the actions, representations, and conduct of the applicants for the asserted patents before the

Patent and Trademark Office during prosecution of the asserted patents.  For example, and without limitation, during prosecution of the '014 Patent, the applicant expressly disclaimed any "voltage detection means" that "operates" other than during an "abnormal condition."  For example, applicant stated:

> To that end, the subject invention includes voltage detection means for detecting the voltage across the output terminals. If the voltage across the output terminals exceeds a predetermined threshold level, which would be indicative of a fault situation, the voltage detection means generates a detection signal. It should be noted that the voltage detection means of the subject invention is not related to the regulation of the output voltage during normal operation of the circuit arrangement, when the control circuit regulates converter to control a current at the output terminals. **Rather, the voltage detection means only operates at the occurrence of an abnormal condition**.

(*See* November 1, 1999 Applicant's Amendment at 6 (emphasis added).)

Accordingly, Philips Lighting is barred from claiming that the asserted claims of the '014 Patent requiring a "voltage detection means" are infringed by LED lights or components thereof in which the "voltage detection means" operates other than at the occurrence of an abnormal condition.

## THIRD AFFIRMATIVE DEFENSE
### (License and/or Exhaustion)

Philips Lighting is precluded from asserting infringement and recovering damages as to any products that are licensed or as to which any royalty already has been paid, including, without limitation, any products obtained from a licensed Philips entity or other third party.  For example, Deco has purchased LED drivers from Philips Lighting Electronics N.A. (including through subsidiary Philips Bodine) and from Philips Lighting distributor Future Electronics.  These products include at least the following LED drivers:  XH150C070V210CNF1; LEDINTA0700C210DO; XI054C150V054DNT1; LEDHCNA0700C210DNF1; LEDINTA1050C140DO; XI150C105V140CNF1; XI040C110V054VPT1;

1   XI054C150V054BST1; LEDHCNA0530C280DN; XI075C200V054VPT1;

2   XI040C110V054BPT1; XH150C105V140CNF1; XI075C200V054BST1;

3   71A9843600; and XI040C120V035CNJ1.  On information and belief, these Philips

4   Lighting drivers are licensed.  One or more of these Philips Lighting drivers,

5   including at least the XI054C150V054BST1 driver, have been incorporated into

6   accused products, including the accused Cloud and/or DSW products.

7   Accordingly, Philips Lighting is barred from asserting infringement of, or seeking a

8   royalty on sales of, these components or products that allegedly infringe based on

9   the incorporation of these components.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

## ADDITIONAL RESPONSES TO THE AMENDED COMPLAINT

### FIRST ADDITIONAL RESPONSE
**(Failure to State a Claim)**

The Amended Complaint fails to state a claim upon which relief can be granted.

### SECOND ADDITIONAL RESPONSE
**(Non-Infringement)**

Deco has not directly or indirectly infringed, and does not directly or indirectly infringe, any valid Asserted Claim, literally or under the doctrine of equivalents.

### THIRD ADDITIONAL RESPONSE
**(Limitations Under 35 U.S.C. § 286)**

Philips Lighting is barred from recovering damages, in whole or in part, pursuant to 35 U.S.C. § 286.  Philips Lighting cannot recover damages for any infringement committed more than six (6) years prior to the filing of the Complaint.

### FOURTH ADDITIONAL RESPONSE
**(Adequate Remedy at Law)**

Philips Lighting has an adequate remedy at law and no basis exists for an injunction or other equitable relief.

### FIFTH ADDITIONAL RESPONSE
**(Failure to Mark)**

Philips Lighting is barred from recovering pre-suit damages for any infringement of a patent to the extent that Philips Lighting or its licensees have failed to comply with the marking requirements of 35 U.S.C. § 287(a).  Philips Lighting bears the burden of proof as to compliance with the marking statute, has not alleged facts giving rise to a reasonable inference that it has complied with that statute, and is barred from recovering pre-suit damages unless it proves compliance

1   with the marking statute.

2       Deco asserts that above affirmative defenses and additional responses to the

3   Amended Complaint without the benefit of discovery and investigation and

4   reserves the right to supplement and/or amend these defenses and responses as

5   necessary.

# DECO ENTERPRISES, INC.'S AMENDED COUNTERCLAIMS

Deco Enterprises, Inc. (d/b/a Deco Lighting) ("Deco") for its counterclaims ("Counterclaims") against Philips Lighting North America Corporation and Philips Lighting Holding B.V. (collectively, "Philips Lighting") alleges as follows:

## PARTIES

1.      Deco is a corporation organized and existing under the laws of California with its principal place of business at 2917 Vail Avenue, Commerce, California, 90040.

2.      Upon information and belief, Philips Lighting North America Corporation is a corporation organized and existing under the laws of Delaware with its principal place of business at 3 Burlington Woods Drive, Burlington, Massachusetts, 01803.

3.      Upon information and belief, Philips Lighting Holding B.V. is a corporation organized and existing under the laws of the Netherlands with its principal place of business at High Tech Campus 45, 5656 AE Eindhoven, The Netherlands.

## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction over these Counterclaims pursuant to 28 U.S.C. §§ 1331, 1338, 2201 and/or 2202 and Rule 13 of the Federal Rules of Civil Procedure.

5.      By filing its Complaint and Amended Complaint, agreeing to the transfer of this action to the Central District of California, and prosecuting its action in this Court, Philips Lighting has consented to the personal jurisdiction of this Court.

6.      Venue is proper in this judicial district under 28 U.S.C. § 1391(b).

## COUNT I
### (Declaration of Invalidity of '014 Patent)

7.    Deco reasserts and re-alleges the allegations contained in Paragraphs 1-6 of these Counterclaims as if fully set forth herein.

8.    An actual justiciable controversy exists between Deco and Philips Lighting regarding the alleged validity of Claim 1 of U.S. Patent No. 6,094,014 ("'014 Patent").

9.    Philips Lighting contends that it is the assignee and owner of all right, title, and interest in the '014 Patent and that the '014 Patent was validly and legally issued by the United States Patent and Trademark Office.

10.    Deco contends that Claim 1 of the '014 Patent is invalid under at least 35 U.S.C. §§ 102, 103, and/or 112.

11.    Claim 1 of the '014 Patent is anticipated at least by U.S. Patent No. 5,532,894 to Sweaton and U.S. Patent No. 5,061,861 to Sameshima.

12.    At least the following references, alone or in combination, render Claim 1 of the '014 Patent obvious:  U.S. Patent No. 5,532,894 to Sweaton, U.S. Patent No. 5,061,861 to Sameshima, U.S. Patent No. 4,999,753 A to MacKenzie, U.S. Patent No. 5,327,123 to Heimann, U.S. Patent No. 5,387,908 to Henry, U.S. Patent No. 5, 04,659 to Taniguchi, U.S. Patent No. 5,457,450 to Taniguchi, U.S. Patent No. 5,717,335 to Lee, and U.S. Patent No. 6,150,771 to Perry.

13.    For example, as the Claim 1 terms appear to have been construed by Philips Lighting, Sweaton discloses a circuit arrangement suitable for operating a semiconductor light source (*e.g*, Fig. 4), input terminals for connecting a supply voltage (*e.g.*, Fig. 3), input filter means (*e.g.*, 5:23-29), a converter (*e.g.*, Fig.4; 4:65-67), output terminals for connecting the semiconductor light source (*e.g.*, Fig. 4; 6:7-10), wherein said converter generates a current for application to said semiconductor light source, and said control circuit controls said converter to produce a predetermined value of said current at said output terminals (*e.g.*, 4:65-

5:5), said predetermined value of said current corresponding to an output voltage which is less than a predetermined threshold voltage characterized in that the circuit arrangement further comprises voltage detection means for detecting the output voltage at the output terminals, said voltage detection means generating a detection signal when the output voltage exceeds said predetermined threshold voltage (*e.g.*, 5:23-33).

14.   Claim 1 of the '014 Patent is not enabled at least because "voltage detection means" is not used to regulate voltage and the claim also does not require a "switching means" which is the only disclosed means to regulate voltage.  Claim 1 of the '014 Patent is also indefinite because, for example, "input filter means" is indefinite and it would not be clear to a person or ordinary skill in the art whether or not "input filter means" requires a filter.

15.   Deco's investigation into the invalidity of the '014 Patent is ongoing. Deco reserves the right to make additional contentions regarding the invalidity of the '014 Patent consistent with the Federal Rules of Civil Procedure and any schedule entered in this action.

16.   Deco seeks judgment from this Court that Claim 1 of the '014 Patent is invalid.

## COUNT II
### (Declaration of Invalidity of '890 Patent)

17.   Deco reasserts and re-alleges the allegations contained in Paragraphs 1-16 of these Counterclaims as if fully set forth herein.

18.   An actual justiciable controversy exists between Deco and Philips Lighting regarding the alleged validity of Claims 7 and 31 of U.S. Patent No. 6,586,890 ("'890 Patent").

19.   Philips Lighting contends that it is the assignee and owner of all right, title, and interest in the '890 Patent and that the '890 Patent was validly and legally issued by the United States Patent and Trademark Office.

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

20.    Deco contends that Claims 7 and 31 of the '890 Patent are invalid under at least 35 U.S.C. §§ 102 and/or 103.

21.    At least the following references, alone or in combination, render Claims 7 and 31 of the '890 Patent obvious:  WO2001069980A1 (Barth et al.), US Patent No. 6,590,343 to Pederson, and US Patent No. 6,400,101 to Biebl et al.

22.    For example, with respect to Claim 7 (and as the claim appears to have been construed by Philips Lighting), Barth discloses a control circuit that provides power to at least one LED (*e.g.*, Fig. 1), sensing current flowing through the LED (*e.g.* Fig. 1 and 6), generating a reference signal (*e.g.*, Fig. 7 and 8), comparing the sensed signal to the reference signal (*e.g.*, Fig. 1, 2, and 7), means for modulating pulse width responsive to the feedback signal, said pulse width modulating means generating a drive signal (*e.g.*, Fig. 1 and 7), and means for supplying power responsive to the drive signal, said power supplying means supplying current to the LED array (*e.g.*, Fig. 7 and 8a).  Pederson discloses a system for supplying power for an LED array (*e.g.*, 3:45-50), a microcontroller that senses current to an LED module and generates a sensed current signal (*e.g.*, Figs. 24, 26, 20:47-54), a look-up table for generating a reference signal (*e.g.*, Figs. 26-28, 21:61-22:20), a microcontroller for comparing the sensed current signal and the reference signal from the look-up table and an increased or decreased current signal (*e.g.*, Figs. 26-28, 21:61-22:20), a microcontroller and compensation software for modulating pulse width and generating a drive signal (Figs. 24, 26, 20:53-67), and a microcontroller for adjusting the current to an LED replacement module responsive to drive signal (*e.g.*, Figs. 27, 28, 24:66-25:18).

23.    In addition, the United States Patent and Trademark Office already invalidated Claim 23 of the '890 Patent, finding that Biebl discloses all of the elements of Claim 23.  Case IPR2015-01292, Paper 64, November 23, 2016.  The additional limitation of dependent Claim 31, as Philips Lighting appears to construe that claim is disclosed by Barth.  Barth discloses a power supply selected from a

1    group consisting of a buck-boost power supply, a boost power supply, a buck

2    power supply, and a flyback converter (*e.g.*, Fig. 2).

3        24.    Deco's investigation into the invalidity of the '890 Patent is ongoing.

4    Deco reserves the right to make additional contentions regarding the invalidity of

5    the '890 Patent consistent with the Federal Rules of Civil Procedure and any

6    schedule entered in this action.

7        25.    Deco seeks judgment from this Court that Claims 7 and 31 of the '890

8    Patent are invalid.

9                           **COUNT III**
                  **(Declaration of Invalidity of '559 Patent)**

10       26.    Deco reasserts and re-alleges the allegations contained in Paragraphs

11   1-25 of these Counterclaims as if fully set forth herein.

12       27.    An actual justiciable controversy exists between Deco and Philips

13   Lighting regarding the alleged validity of Claims 6, 10, and 11 of U.S. Patent

14   No. 7,262,559 ("'559 Patent").

15       28.    Philips Lighting contends that it is the assignee and owner of all right,

16   title, and interest in the '559 Patent and that the '559 Patent was validly and legally

17   issued by the United States Patent and Trademark Office.

18       29.    Deco contends that Claims 6, 10, and 11 of the '559 Patent are invalid

19   under at least 35 U.S.C. §§ 102, 103, and/or 112.

20       30.    At least the following references, alone or in combination, render

21   Claims 6, 10, and 11 of the '559 Patent obvious:  US Patent No. 6,747,420 to Barth

22   et al. and US Patent No. 4,496,939 to Moberg.

23       31.    For example, with respect  to Claim 6 (as Philips Lighting appears to

24   construe that claim), Barth discloses a power supply for an LED light source (*e.g.*,

25   Fig. 1), a power converter operable to provide a regulated power including a LED

26   current and a LED voltage (*e.g.*, Fig. 1 and 6), an LED control switch operable to

27   control a flow of the LED current through the LED light source (*e.g.*, Fig. 2), a

28

1  detection circuit operable to provide a detection signal indicative of an operating

2  condition of the LED light source associated with the LED voltage (*e.g.*, 1:42-57);

3  wherein said LED control switch is further operable to clamp a peak of the LED

4  current during an initial loading stage of the LED light source (*e.g.*, 6:3-14);

5  wherein the detection signal has a first level representative of a load condition of

6  the LED light source (*e.g.*, 1:42-57), and wherein the detection signal has a second

7  level representative of either a short condition or an open condition of the LED

8  light source (*e.g.*, 5:54-6:26).  In addition, Moberg discloses an oscillating control

9  and claim circuit to clamp a peak of the LED current during an initial loading stage

10  of the LED (*e.g.*, Figs. 1-2, 3:63-4:12).

11      32.    For example, with respect  to Claim 10 (as Philips Lighting appears to

12  construe that claim), Barth discloses a power supply for an LED light source (*e.g.*,

13  Fig. 1), a power converter operable to provide a regulated power including a LED

14  current and a LED voltage (*e.g.*, Fig. 1 and 6; 3:44-53), an LED control switch

15  operable to control a flow of the LED current through the LED light source (*e.g.*,

16  Fig. 2; 4:62-5:13), a current sensor operable to sense the LED current flowing

17  through the LED light source (*e.g.*, Fig. 2 and 6; 1:42-57), a differential amplifier

18  (*e.g.*, Fig. 2 and 6; 4:62-5:13), and means for adjusting a gain of said differential

19  amplifier (*e.g.*, Fig. 6; 6:3-14), wherein said LED control switch is further operable

20  to clamp a peak of the LED current during an initial loading stage of the LED light

21  source (*e.g.*, 6:3-14).  In addition, Moberg discloses an oscillating control and claim

22  circuit to clamp a peak of the LED current during an initial loading stage of the LED

23  (*e.g.*, Figs. 1-2, 3:63-4:12).

24      33.    For example, with respect to Claim 11 (as Philips Lighting appears to

25  construe that claim), Barth discloses a power supply for an LED light source (*e.g.*

26  Fig. 1), a power converter operable to provide a regulated power including a LED

27  current and a LED voltage (*e.g.*, Fig. 1 and 6; 3:44-53), an LED control switch

28  operable to control a flow of the LED current through the LED light source (*e.g.*,

Fig. 2; 4:62-5:13), a voltage sensor operable to sense the LED voltage applied to the LED light source, said voltage sensor including (*e.g.*, Fig. 2 and 6; 1:42-57), a differential amplifier (*e.g.*, Fig. 2 and 6; 4:62-5:13), and means for adjusting a gain of said differential amplifier (*e.g.*, Fig. 6; 6:3-14), wherein said LED control switch is further operable to clamp a peak of the LED current during an initial loading stage of the LED light source (*e.g.*, 6:3-14). In addition, Moberg discloses an oscillating control and claim circuit to clamp a peak of the LED current during an initial loading stage of the LED (*e.g.*, Figs. 1-2, 3:63-4:12).

34.    Claims 6, 10, and 11 of the '559 Patent are indefinite because, for example, "a power converter operable to provide regulated power including a LED current and a LED voltage" is indefinite and the corresponding structure is not disclosed and would not be clear to a person or ordinary skill in the art.

35.    Deco's investigation into the invalidity of the '559 Patent is ongoing.  Deco reserves the right to make additional contentions regarding the invalidity of the '559 Patent consistent with the Federal Rules of Civil Procedure and any schedule entered in this action.

36.    Deco seeks judgment from this Court that Claims 6, 10, and 11 of the '559 Patent are invalid.

## <u>COUNT IV</u>
### (Declaration of Invalidity of '399 Patent)

37.    Deco reasserts and re-alleges the allegations contained in Paragraphs 1-35 of these Counterclaims as if fully set forth herein.

38.    An actual justiciable controversy exists between Deco and Philips Lighting regarding the alleged validity of Claims 7 and 17 of U.S. Patent No. 7,038,399 ("'399 Patent").

39.    Philips Lighting contends that it is the assignee and owner of all right, title, and interest in the '399 Patent and that the '399 Patent was validly and legally issued by the United States Patent and Trademark Office.

40.   Deco contends that Claims 7 and 17 of the '399 Patent are invalid under at least 35 U.S.C. §§ 102 and/or 103.

41.   Claims 7 and 17 of the '399 Patent are anticipated at least by U.S. Patent Appl. No. 2002/0122309A1 to Abdelhafez.

42.   At least the following references, alone or in combination, render Claims 7 and 17 of the '399 Patent obvious:  U.S. Patent Appl. No. 2002/0122309A1 to Abdelhafez and U.S. Patent No. 6,225,759 to Bogdan.

43.   For example, with respect to Claim 7 (as Philips Lighting appears to construe that claim), Bogden in view of Abdelhafez discloses an illumination apparatus (*e.g.*, Bogden at Abstract), an LED (*e.g.*, Abdelhafez at [0011]), at least one controller coupled to the at least one LED and configured to receive a power-related signal from an alternating current (A.C.) power source that provides signals other than a standard A.C. line voltage, the at least one controller further configured to provide power to the at least one LED based on the power-related signal (*e.g.*, Bogden at Fig. 1 and 3(a)-(d); 2:41-3:5), wherein the A.C. power source is an A.C. dimmer circuit (*e.g.*, Bogdan Fig. 1), wherein the A.C. dimmer circuit is controlled by a user interface to vary the power-related signal, and wherein the at least one controller is configured to variably control at least one parameter of light generated by the at least one LED in response to operation of the user interface (*e.g.*, Bogdan at 5:17-27, 14:52-15:7; Abdelhafez at [0040], [0046]), and wherein the operation of the user interface varies a duty cycle of the power-related signal, and wherein the at least one controller is configured to variably control the at least one parameter of the light based at least on the variable duty cycle of the power-related signal (*e.g.*, Bogden at 10:5-35, 11:12-22, Fig. 5(a) and (b)).

44.   For example, with respect to Claim 17 (as Philips Lighting appears to construe that claim), Bogden in view of Abdelhafez discloses an illumination apparatus (*e.g.*, Bogden at Abstract), an LED (*e.g.*, Abdelhafez at [0011]), at least one controller coupled to the at least one LED and configured to receive a power-

related signal from an alternating current (A.C.) power source that provides signals other than a standard A.C. line voltage, the at least one controller further configured to provide power to the at least one LED based on the power-related signal (*e.g.*, Bogden at Fig. 1 and 3(a)-(d); 2:41-3:5), wherein the A.C. power source is an A.C. dimmer circuit (*e.g.*, Bogdan Fig. 1), wherein the A.C. dimmer circuit is controlled by a user interface to vary the power-related signal, and wherein the at least one controller is configured to variably control at least one parameter of light generated by the at least one LED in response to operation of the user interface (*e.g.*, Bogdan at 5:17-27, 14:52-15:7; Abdelhafez at [0040], [0046]), wherein the at least one controller includes: an adjustment circuit to variably control the at least one parameter of light based on the varying power-related signal (*e.g.*, Bogden at 10:5-35, 11:12-22, Fig. 5(a) and (b)), and power circuitry to provide at least the power to the at least one LED based on the varying power-related signal (*e.g.*, Bogden Fig. 1 and 6(b), 5:10-14).

45.     Deco's investigation into the invalidity of the '399 Patent is ongoing.  Deco reserves the right to make additional contentions regarding the invalidity of the '399 Patent consistent with the Federal Rules of Civil Procedure and any schedule entered in this action.

46.     Deco seeks judgment from this Court that Claims 7 and 17 of the '399 Patent are invalid.

## COUNT V
### (Declaration of Invalidity of '328 Patent)

47.     Deco reasserts and re-alleges the allegations contained in Paragraphs 1-45 of these Counterclaims as if fully set forth herein.

48.     An actual justiciable controversy exists between Deco and Philips Lighting regarding the alleged validity of Claim 1of U.S. Patent No. 8,070,328 ("'328 Patent").

49.     Philips Lighting contends that it is the assignee and owner of all right,

title, and interest in the '328 Patent and that the '328 Patent was validly and legally issued by the United States Patent and Trademark Office.

50.     Deco contends that Claim 1 of the '328 Patent is invalid under at least 35 U.S.C. §§ 102 and/or 103.

51.     Claim 1 of the '328 Patent is anticipated at least by U.S. Patent Appl. Publ. No. 2009/0067172A1 to Inoue.

52.     At least the following references, alone or in combination, render Claim 1 of the '328 Patent obvious:  U.S. Patent Appl. Publ. No. 2009/0067172A1 to Inoue and U.S. Patent No. 6,033,093 to Latsis.

53.     For example, with respect to Claim 1 (as Philips Lighting appears to construe that claim), Inoue discloses an LED downlight fixture (*e.g.*, [0002]), an array of LEDs in thermal connectivity with a heatsink, said array of LEDs positioned adjacent a first aperture of a multi-piece reflector assembly (*e.g.*, [0023 and 0025]), said multi-piece reflector assembly including: a first reflector having said first aperture disposed in an upper portion of said first reflector and an opposed larger second aperture in a lower portion of said first reflector (*e.g.*, Fig. 1 and [0022]), a second reflector having a first aperture positioned adjacent said second aperture of said first reflector and a second aperture opposite said first aperture of said second reflector and defining a light exit passageway (*e.g.*, Fig. 1, [0014], and [0022]), and a diffuser positioned proximal to and extending across said second aperture of said first reflector and said first aperture of said second reflector (*e.g.*, Fig. 1 and 2; [0015], [0036], [0037], and [0043]).

54.     Deco's investigation into the invalidity of the '328 Patent is ongoing.  Deco reserves the right to make additional contentions regarding the invalidity of the '014 Patent consistent with the Federal Rules of Civil Procedure and any schedule entered in this action.

55.     Deco seeks judgment from this Court that Claim 1 of the '328 Patent is invalid.

AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

1

**Prayer for Relief**

2      WHEREFORE, Deco prays for the following relief:

3      a)      that this Court enter a declaratory judgment pursuant to 28 U.S.C.

4  § 2201 that Claim 1 of the '014 Patent is invalid;

5      b)      that this Court enter a declaratory judgment pursuant to 28 U.S.C.

6  § 2201 that Claims 7 and 31 of the '890 Patent are invalid;

7      c)      that this Court enter a declaratory judgment pursuant to 28 U.S.C.

8  § 2201 that Claims 6,10, and 11 of the '559 Patent are invalid;

9      d)      that this Court enter a declaratory judgment pursuant to 28 U.S.C.

10  § 2201 that Claims 7 and 17 of the '399 Patent are invalid;

11      e)      that this Court enter a declaratory judgment pursuant to 28 U.S.C.

12   § 2201 that Claim 1 of the '328 Patent is invalid;

13      f)      that this Court deny the relief sought by Philips' Amended Complaint

14  and Prayer for Relief;

15      g)      that this Court adjudge and decree that this case is exceptional and

16  award Deco its reasonable attorneys' fees, expenses and costs in this action

17  pursuant to 35 U.S.C. § 285; and

18      h)      that this Court grant Deco whatever other and further relief it deems

19  just and proper.

20

**JURY DEMAND**

21      Deco demands a trial by jury on all claims, counterclaims, and issues so

22  triable.

23

Dated:      August 31, 2017          MORRISON & FOERSTER LLP
24                                    NICOLE M. SMITH
                                      KYLE W.K. MOONEY
25

26                                    By:  */s/ Nicole M. Smith*
                                          NICOLE M. SMITH
27
                                      Attorneys for Defendant
28                                    DECO ENTERPRISES, INC.

66