GREGORY A. ELLIS (SBN 204478)
SCHEPER KIM & HARRIS LLP
gellis@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, California 90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

JEREMY P. OCZEK *(Pro Hac Vice)*
BOND, SCHOENECK & KING PLLC
jpoczek@bsk.com
200 Delaware Avenue, Suite 900
Buffalo, NY 14202
Telephone: (716) 416-7037
Facsimile:  (716) 416-7337

GEORGE R. MCGUIRE *(Pro Hac Vice)*
JONATHAN L. GRAY *(Pro Hac Vice)*
BOND, SCHOENECK & KING PLLC
gmcguire@bsk.com
jlgray@bsk.com
One Lincoln Center, 110 West Fayette Street
Syracuse, NY  13202-1355
Telephone: (315) 218-8000
Facsimile:  (315) 218-8100

Attorneys for Plaintiffs and Counterclaim Defendants Philips Lighting North America Corporation; and Philips Lighting Holding B.V.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHILIPS LIGHTING NORTH AMERICA CORPORATION and PHILIPS LIGHTING HOLDING B.V.,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>DECO ENTERPRISES, INC. (d/b/a DECO LIGHTING),<br><br>Defendant and Counterclaim-Plaintiff. | CASE NO. 2:17-cv-04995-R-AGR<br><br>Action Filed: April 12, 2017<br><br>Judge Hon. Manuel L. Real<br><br>Magistrate Hon. Alicia G. Rosenberg<br><br>**PLAINTIFFS' ANSWER TO DEFENDANT'S AMENDED COUNTERCLAIMS**<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs Philips Lighting North America Corporation and Philips Lighting Holding B.V. (collectively, "Philips Lighting"), by and through its undersigned counsel, responds to and answers the counterclaims of Defendant Deco Enterprises, Inc. (d/b/a Deco Lighting) ("Defendant" or "Deco") for declaratory judgment of alleged patent invalidity as set forth in Deco's Amended Answer to Amended Complaint and Amended Counterclaims (Dkt. 37) as follows:

## PARTIES

1. Admitted.

2. Philips Lighting North America Corporation admits that it is a corporation organized and existing under the laws of Delaware and has a place of business at 3 Burlington Woods Drive, Burlington, Massachusetts 01803. All remaining allegations of paragraph 2 are denied.

3. Admitted.

## JURISDICTION AND VENUE

4. Admitted.

5. Philips Lighting admits that this Court has personal jurisdiction over Philips Lighting for this particular action. All remaining allegations of paragraph 5 are denied.

6. Philips Lighting admits that venue is proper in this Court for this particular action. All remaining allegations of paragraph 6 are denied.

## COUNT I

### (Declaration of Alleged Invalidity of '014 Patent)

7. Philips Lighting incorporates by reference as if fully set forth herein all admissions, denials, and other statements contained within its answers to paragraphs 1-6 of the Amended Counterclaims, above.

8. Philips Lighting admits that an actual justiciable controversy exists between Deco and Philips Lighting regarding the validity of Claim 1 of U.S. Patent 6,094,014, but denies that Deco states any valid basis thereunder.

9. Philips Lighting North America Corporation admits that it is the assignee and owner of all right, title, and interest in the '014 Patent and that the '014 Patent was validly and legally issued by the United States Patent and Trademark Office.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

## COUNT II

### (Declaration of Alleged Invalidity of '890 Patent)

17. Philips Lighting incorporates by reference as if fully set forth herein all admissions, denials, and other statements contained within its answers to paragraphs 1-16 of the Amended Counterclaims, above.

18. Philips Lighting admits that an actual justiciable controversy exists between Deco and Philips Lighting regarding the validity of Claims 7 and 31 of U.S. Patent 6,586,890, but denies that Deco states any valid basis thereunder.

19. Philips Lighting Holding B.V. admits that it is the assignee and owner of all right, title, and interest in the '890 Patent and that the '890 Patent was validly and legally issued by the United States Patent and Trademark Office.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

## COUNT III

### (Declaration of Alleged Invalidity of '559 Patent)

26. Philips Lighting incorporates by reference as if fully set forth herein all admissions, denials, and other statements contained within its answers to paragraphs 1-25 of the Amended Counterclaims, above.

27. Philips Lighting admits that an actual justiciable controversy exists between Deco and Philips Lighting regarding the validity of Claims 6, 10, and 11 of U.S. Patent 7,262,559, but denies that Deco states any valid basis thereunder.

28. Philips Lighting Holding B.V. admits that it is the assignee and owner of all right, title, and interest in the '559 Patent and that the '559 Patent was validly and legally issued by the United States Patent and Trademark Office.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

## COUNT IV

### (Declaration of Alleged Invalidity of '399 Patent)

37. Philips Lighting incorporates by reference as if fully set forth herein all admissions, denials, and other statements contained within its answers to paragraphs 1-36 of the Amended Counterclaims, above.

38. Philips Lighting admits that an actual justiciable controversy exists between Deco and Philips Lighting regarding the validity of Claims 7 and 17 of U.S. Patent 7,038,399, but denies that Deco states any valid basis thereunder.

1     39.     Philips Lighting North America Corporation admits that it is the assignee and owner of all right, title, and interest in the '399 Patent and that the '399 Patent was validly and legally issued by the United States Patent and Trademark Office.

    40.     Denied.

    41.     Denied.

    42.     Denied.

    43.     Denied.

    44.     Denied.

    45.     Denied.

    46.     Denied.

## COUNT V

### (Declaration of Alleged Invalidity of '328 Patent)

    47.     Philips Lighting incorporates by reference as if fully set forth herein all admissions, denials, and other statements contained within its answers to paragraphs 1-46 of the Amended Counterclaims, above.

    48.     Philips Lighting admits that an actual justiciable controversy exists between Deco and Philips Lighting regarding the validity of Claim 1 of U.S. Patent 8,070,328, but denies that Deco states any valid basis thereunder.

    49.     Philips Lighting Holding B.V. admits that it is the assignee and owner of all right, title, and interest in the '328 Patent and that the '328 Patent was validly and legally issued by the United States Patent and Trademark Office.

    50.     Denied.

    51.     Denied.

    52.     Denied.

    53.     Denied.

    54.     Denied.

    55.     Denied.

### Defendant's Prayer For Relief

These paragraphs set forth the statement of relief requested by Defendant to which no response is required. Philips Lighting denies that Defendant is entitled to any of the requested relief and denies any allegations in the Prayer for Relief to which a response is required.

### ADDITIONAL RESPONSES TO AMENDED COUNTERCLAIMS

### First Additional Response

The Amended Counterclaims fail to state any cause of action upon which relief may be granted against Philips Lighting.

### Second Additional Response

The Amended Counterclaims are devoid of merit due to the presumption, pursuant to the Patent Laws, of the validity of Philips Lighting's Patents-in-Suit.

### PLAINTIFFS' PRAYER FOR RELIEF
### TO DEFENDANT'S AMENDED COUNTERCLAIMS

WHEREFORE, Plaintiffs Philips Lighting North America Corporation and Philips Lighting Holding B.V. pray for the following relief with respect to Defendant's Amended Counterclaims:

1. Dismissal of Defendant's Amended Counterclaims, with prejudice.
2. An award to Plaintiffs of their costs and attorney fees incurred in defending against Defendant's Amended Counterclaims.
3. Such other relief as the Court may deem appropriate.

| | |
|---|---|
| DATED: September 12, 2017 | Respectfully Submitted, |
| | BOND, SCHOENECK & KING PLLC<br>JEREMY P. OCZEK<br>GEORGE R. MCGUIRE<br>JONATHAN L. GRAY |
| | By: /s/ *Jeremy P. Oczek*<br>　　　JEREMY P. OCZEK |
| | SCHEPER KIM & HARRIS LLP<br>GREGORY A. ELLIS |
| | *ATTORNEYS FOR PLAINTIFFS*<br>*Philips Lighting North America Corporation and Philips Lighting Holding B.V.* |