NICOLE M. SMITH (CA SBN 189598)
NSmith@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Suite 6000
Los Angeles, CA 90017-3543
Phone: 213.892-5200
Facsimile: 213.892-5454

KYLE W.K. MOONEY (admitted *pro hac vice*)
KMooney@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Attorneys for Defendant and
Counterclaim-Plaintiff
Deco Enterprises, Inc.

*(Counsel's Information Continued On Next Page)*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHILIPS LIGHTING NORTH AMERICA CORPORATION and PHILIPS LIGHTING HOLDING B.V.<br><br>    Plaintiffs and Counterclaim-Defendants,<br><br>    v.<br><br>DECO ENTERPRISES, INC. (d/b/a DECO LIGHTING),<br><br>    Defendant and Counterclaim-Plaintiff. | CASE NO. 2:17-cv-04995-R-AGR<br><br>Judge:   Hon. Manuel L. Real<br><br>Magistrate:  Hon. Alicia G. Rosenberg<br><br>**STIPULATION REGARDING ENTRY OF PROPOSED ORDER FOR THE PRODUCTION OF CERTAIN LICENSE AGREEMENTS**<br><br>Complaint Filed:  April 12, 2017<br><br>Trial Date:  None Set |

GREGORY A. ELLIS (SBN 204478)
SCHEPER KIM & HARRIS LLP
gellis@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, California 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

JEREMY P. OCZEK *(Pro Hac Vice)*
BOND, SCHOENECK & KING PLLC
jpoczek@bsk.com
200 Delaware Avenue, Suite 900
Buffalo, NY 14202
Telephone: (716) 416-7037
Facsimile: (716) 416-7337

GEORGE R. MCGUIRE *(Pro Hac Vice)*
JONATHAN L. GRAY *(Pro Hac Vice)*
BOND, SCHOENECK & KING PLLC
gmcguire@bsk.com
jlgray@bsk.com
One Lincoln Center, 110 West Fayette Street
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Facsimile: (315) 218-8100


Attorneys for Plaintiffs and Counterclaim
Defendants Philips Lighting North America
Corporation; and Philips Lighting Holding B.V.

1

STIPULATION REGARDING PRODUCTION OF CERTAIN LICENSE AGREEMENTS

1  WHEREAS Defendant Deco Enterprises, Inc. ("Deco") has requested that

2  Plaintiffs Philips Lighting North America Corporation and Philips Holding B.V.

3  (collectively, "Philips Lighting") produce "All license agreements concerning the

4  Patents-In-Suit or the Related Applications and Patents."  In addition, Deco asked in

5  its Interrogatory No. 1 that Philips Lighting "Describe the licenses (and offers to

6  license) concerning the Patents-in-Suit or the Related Applications and Patents by,

7  without limitation and for each license (or offer), identifying the date of the license

8  (or offer), identifying the parties involved, identifying the patents and products,

9  describing the payment terms and payments made, and identifying all documents

10  relating to, and persons knowledgeable about, the license (or offer to license)";

11  WHEREAS Philips Lighting represents that it possesses "Category 1" license

12  agreements which require a Protective (Confidentiality) Order in place and a Court

13  Order requiring the production of those agreements for disclosure to a third party,

14  and "Category 2" license agreements, which require more than a Protective

15  (Confidentiality) Order in place and a Court Order before they are produced;

16  WHEREAS counsel for Deco (Kyle Mooney) and counsel for Philips

17  Lighting (Greg Ellis and Jeremy Oczek) conferred via telephone on September 21,

18  2017 and via email thereafter to discuss the most efficient expedited production of

19  certain license agreements and agreed the parties could consent to a Court Order in

20  order facilitate the expedited production of certain license agreements from Philips

21  without burdening the Court with motion practice;

22  WHEREAS Philips Lighting is willing to expedite the production

23  ofapproximately 750 "Category 1" license agreements (under the "Confidential

24  Attorneys Eyes Only" designation pursuant to the parties' agreed-upon Protective

25  Order governing confidentiality) in response to the discovery requests from Deco

26  (although Philips Lighting's responses and objections to Deco's discovery requests

27  are not due until October 16, 2017), but states that it requires the entry of a Court

28  Order directing the production of those agreements given certain contractual

1  obligations in addition to entry of the Protective Order (Dkt. 41) submitted by the

2  Parties for approval and entry by the Court;

3       WHEREAS Deco is agreeable to Philips Lighting's expedited production of

4  the Category 1 license agreements, but expressly reserves its right to continue to

5  pursue production of the other Philips Lighting license agreements (including

6  Category 2 license agreements) and to move to compel those other license

7  agreements as appropriate, and Deco acknowledges that Philips Lighting expressly

8  reserves its rights and objections thereto; and

9       WHEREAS counsel for Deco and Philips Lighting have approved this

10  Stipulation and the Proposed Order submitted herewith.

11       NOW THEREFORE, Deco and Philips Lighting agree that Philips Lighting

12  shall produce "Category 1" license agreements to Deco, subject to the terms of the

13  Protective Order in this Action (Dkt. 41) once approved and entered by the Court,

14  and subject to the entry of a Court Order in the form of the Proposed Order

15  submitted herewith.

16

17

18

19

20

21

22

23

24

25

26

27

28

1   DATED:  October10, 2017          Respectfully Submitted,

2
                                     MORRISON & FOERSTER LLP
3                                    NICOLE M. SMITH
                                     KYLE W.K. MOONEY
4

5
                                     By: */s/ Nicole M. Smith*_____
6

7                                    *ATTORNEYS FOR DEFENDANT AND*
                                     *COUNTERCLAIM PLAINTIFF*
8                                    *Deco Enterprises, Inc. (d/b/a Deco Lighting)*

9
10  DATED:  October 10, 2017         SCHEPER KIM & HARRIS LLP
                                     GREGORY A. ELLIS
11
12                                   BOND, SCHOENECK & KING PLLC
                                     JEREMY P. OCZEK
13                                   GEORGE R. MCGUIRE
                                     JONATHAN L. GRAY
14

15
16                                   By: */s/ Jeremy P. Oczek*_____

17                                   *ATTORNEYS FOR PLAINTIFFS AND*
                                     *COUNTERCLAIM DEFENDANTS*
18                                   *Philips Lighting North America Corporation*
19                                   *and Philips Lighting Holding B.V.*

20

21      **ATTESTATION REGARDING ELECTRONICALLY FILED SIGNATURE**

22
             Pursuant to L.R. 5-4.3.4(a)(2), I hereby attest that all other signatories listed,
23
    and on whose behalf the filing is submitted, concur in the filing's content and have
24
    authorized the filing herein.
25
    Dated: October 10, 2017          By: */s/ Nicole M. Smith*_____
26

27

28
                                     3                    Case No. 2:17-cv-04995-R-AGR
                    STIPULATION REGARDING PRODUCTION OF CERTAIN LICENSE AGREEMENTS