1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHILIPS LIGHTING NORTH AMERICA CORPORATION and PHILIPS LIGHTING HOLDING B.V. | CASE NO. 2:17-cv-04995-R-AGR |
| | Judge Hon. Manuel L. Real |
| Plaintiffs and Counterclaim-Defendants, | Magistrate Hon. Alicia G. Rosenberg |
| v. | **ORDER REGARDING PRODUCTION OF CERTAIN LICENSE AGREEMENTS** |
| DECO ENTERPRISES, INC. (d/b/a DECO LIGHTING), | |
| Defendant and Counterclaim-Plaintiff. | |

1  Pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37, and for
2  good cause shown, the Court hereby APPROVES the Stipulation Regarding Entry
3  of Proposed Order for the Production of Certain License Agreements ("Stipulation")
4  between Defendant Deco Enterprises, Inc. ("Deco") and Plaintiffs Philips Lighting
5  North America Corporation and Philips Holding B.V. (collectively, "Philips
6  Lighting").
7  Philips Lighting is ordered to produce the "Category 1" license agreements
8  referred to in the parties' Stipulation within two (2) weeks of entry of this Order and
9  the Protective Order Governing Confidentiality. All such documents produced under
10 this Order are to be marked as "Confidential Attorneys Eyes Only" and treated
11 accordingly pursuant to the Protective Order entered in this case.

13 SO ORDERED.

15 Dated: October 11, 2017

_____
The Honorable Manuel L. Real
UNITED STATES DISTRICT COURT JUDGE