UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PHILIPS LIGHTING NORTH AMERICA CORPORATION and PHILIPS LIGHTING HOLDING B.V.,<br><br>Plaintiffs and Counterclaim Defendants<br><br>v.<br><br>DECO ENTERPRISES, INC. (d/b/a DECO LIGHTING),<br><br>Defendant and Counterclaim-Plaintiff.<br><br>and Related Counterclaims | Case No. 2:17-cv-04995-R-AGR<br><br>Hon Manuel L. Real<br><br>**ORDER GRANTING DISMISSAL**<br><br>Complaint Filed: April 12, 2017<br><br>Trial Date: July 31, 2018 |

1 | Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and for good cause shown, the Court hereby dismisses with prejudice all claims and counterclaims in this action. For the purpose of clarity, Deco shall not be barred from asserting the defense of, or counterclaim for, invalidity of U.S. Patents 6,094,014, 7,262,559, 8,070,328, 7,038,399, and 6,586,890 in any future litigation asserted by Philips Lighting against Deco.

Each party shall bear its own costs and attorneys' fees in this action.

SO ORDERED.

Dated: January 22, 2018

_____
The Honorable Manuel L. Real
UNITED STATES DISTRICT COURT JUDGE